**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF NEW JERSEY

Case number (if known) _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  RTW Retailwinds, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   
   FKA  New York & Company, Inc.

3. **Debtor's federal Employer Identification Number** (EIN)  33-1031445

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 330 W. 34th Street<br>9th Floor<br>New York, NY 10001 | |
   | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
   | New York<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  https://www.nyandcompany.com/rtwretailwinds

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4481__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    ☐ A plan is being filed with this petition.
    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    ■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Affiliate List** | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

| Debtor | RTW Retailwinds, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　☐ 5001-10,000　　　　　☐ 50,001-100,000
☐ 100-199　　　　　☒ 10,001-25,000　　　　☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　 ☒ $100,000,001 - $500 million　☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☐ $10,000,001 - $50 million　　☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　 ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　 ☒ $100,000,001 - $500 million　☐ More than $50 billion

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/13/2020  
              MM / DD / YYYY

X    */signature/*                               **Sheamus Toal**  
     Signature of authorized representative of debtor            Printed name

Title    **CEO, CFO and Treasurer**

**18. Signature of attorney**

X    */s/ Michael D. Sirota*                      Date    07/13/2020  
     Signature of attorney for debtor                               MM / DD / YYYY

**Michael D. Sirota**  
Printed name

**Cole Schotz P.C.**  
Firm name

**Court Plaza North**  
**25 Main Street**  
**Hackensack, NJ 07601**  
Number, Street, City, State & ZIP Code

Contact phone    201-489-3000        Email address    msirota@coleschotz.com

**MS-4088 NJ**  
Bar number and State

# LIST OF AFFILIATES

| **COMPANY** |
| --- |
| RTW Retailwinds, Inc. |
| Lerner New York Holding, Inc. |
| Lernco, Inc. |
| Lerner New York, Inc. |
| New York & Company, Inc. |
| Lerner New York GC, LLC |
| Lerner New York Outlet, LLC |
| New York & Company Stores, Inc. |
| FTF GC, LLC |
| Lerner New York FTF, LLC |
| Fashion to Figure, LLC |
| FTF IP Company, Inc. |

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

## United States Bankruptcy Court
### District of New Jersey

In re  **RTW Retailwinds, Inc.**                           Case No.  
                              Debtor(s)                    Chapter  **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **1-32315**  .

2. The following financial data is the latest available information and refers to the debtor's condition on  **July 13, 2020**  .

   a. Total assets                                                        $ **405,356,610.28**

   b. Total debts (including debts listed in 2.c., below)                  $ **449,962,395.71**

   c. Debt securities held by more than 500 holders:

   | | | | | | Approximate number of holders: |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                                  **0**                **0**

   e. Number of shares common stock                                       **65,300,484**        **160**

   Comments, if any:

3. Brief description of Debtor's business:
   **The debtors are a specialty women's omni-channel retailer with a powerful multi-brand lifestyle platform providing curated fashion solutions that are versatile, on-trend, and stylish at a great value.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **IPC NYCG LLC (48.5%)**
   **Paradigm Capital Management (7.04%)**

# Fill in this information to identify the case:

Debtor name **RTW Retailwinds, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/13/2020  X  */s/ Sheamus Toal*
Signature of individual signing on behalf of debtor

**Sheamus Toal**
Printed name

**CEO, CFO and Treasurer**
Position or relationship to debtor

---

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **RTW Retailwinds, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Easy Fashion Macao Commercial Offshore Ltd.<br>Na Rua Commandante Mata E Oliveira, NOS 32A36 | joantsang@fobhk.com<br><br>Facsimile #<br>011 852 2371 2390 | Trade Debt | | | | $28,044,107.12 |
| MGF Sourcing US, LLC<br>4200 Regent Street<br>Suite 205<br>Columbus, OH 43219 | mspires@mgfsourcing.com<br><br>Facsimile #<br>978-075-6722 | Trade Debt | | | | $16,536,184.91 |
| Li & Fung Trading Ltd.<br>Li & Fung Korea<br>888 Cheung Sha Wan Road<br>Kowloon 07 | wongkwanpo@lifung.com.hk<br><br>Facsimile #<br>011 8621 6350 9134 | Trade Debt | | | | $8,137,816.94 |
| Amos Eastern Apparel Inc.<br>251 West 39th St<br>12th Floor<br>New York, NY 10018 | tommy@amoseast.com<br><br>Facsimile #<br>212-730-6355 | Trade Debt | | | | $4,726,912.03 |
| Sunrise Apparel Group LLC<br>801 S. Figueroa St.<br>Suite 2500<br>Los Angeles, CA 90017 | Jesse.Ybarra@Sunrisebrands.com<br><br>Facsimile #<br>323-780-0751 | Trade Debt | | | | $3,680,814.15 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **F.O.B. Garments Limited**<br>Rm1108, Tower II Cheung<br>Sha Wan Plaza, 833 Cheung<br>Sha Wan Road,<br>Kowloon 07 | joantsang@fobhk.com<br><br>Facsimile #<br>011 852 2371 2390 | **Trade Debt** | | | | $1,498,303.48 |
| **VNO Rent Receipt Account**<br>P.O.Box 371486<br>Pittsburgh, PA 15250-7486 | jsilverman@vno.com<br><br>Facsimile #<br>212-967-1519 | **Trade Debt** | | | | $1,372,119.74 |
| **LLS**<br>Two Limited Parkway<br>Columbus, OH 43230 | MHedges@lb.com | **Trade Debt** | | | | $1,316,875.90 |
| **Fortune Footwear, Inc.**<br>174 Hudson St.<br>3rd Floor<br>New York, NY 10013 | Facsimile #<br>212-431-9480 | **Trade Debt** | | | | $1,294,329.10 |
| **Allied Printing**<br>P.O. Box 850<br>Manchester, CT 06045 | Ron.Assoian@alliedprinting.com | **Trade Debt** | | | | $1,267,790.22 |
| **Allure Jewelry & Access.**<br>9705 45 Avenue North 305<br>Plymouth, MN 55442 | wjanderson@allure-jewelry.com<br><br>Facsimile #<br>612-801-3161 | **Trade Debt** | | | | $922,853.76 |
| **Leonard A. Feinberg, Inc.**<br>1824 Byberry Road<br>Bensalem, PA 19020 | Facsimile #<br>215-639-1555 | **Trade Debt** | | | | $690,514.05 |
| **NYCAL, Inc.**<br>2211 Saybrook Avenue<br>Commerce, CA 90040 | Facsimile #<br>323-725-0025 | **Trade Debt** | | | | $668,701.51 |
| **Queens Center Mall**<br>P.O. Box 849433<br>Los Angeles, CA 90084-9433 | QueensCenterAR@macerich.com<br><br>Facsimile #<br>718-592-4157 | | | | | $630,073.84 |
| **Spooky, Inc.**<br>c/o Peter Hess<br>405 Lexington Ave, 19th Floor<br>New York, NY 10174 | Peter.Hess@CAA.com<br><br>Facsimile #<br>424-288-2900 | **Trade Debt** | | | | $625,000.00 |

| Debtor | RTW Retailwinds, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Salesforce.com, Inc.**<br>P.O. Box 203141<br>Dallas, TX 75320 | Accounting@Thedigitalbrandarchitect.com | **Trade Debt** | | | | $600,623.70 |
| **Sweet Pea Limited Inc.**<br>7301 Nw 36th Court<br>Miami, FL 33147 | areily@gosweetpea.com<br><br>Facsimile # 305-634-7070 | **Trade Debt** | | | | $547,093.51 |
| **Brooks Shopping Centers**<br>**Marx Realty**<br>10 Grand Central<br>155 E. 44th Street<br>7th Floor<br>New York, NY 10017 | Arion.A@marxrealty.com | **Trade Debt** | | | | $510,080.92 |
| **Commission Juction, LLC**<br>4140 Solutions Center<br>774140<br>Chicago, IL 60677-4001 | cjar@cj.com<br><br>Facsimile # 805-730-8001 | **Trade Debt** | | | | $491,890.25 |
| **Pension Benefit Guaranty Corp.**<br>P.O. Box 15170<br>Alexandria, VA 22315-1750 | Facsimile # 202-229-4047 | **Underfunded Pension Liability** | **Contingent Unliquidated Disputed** | | | $0.00 |

# United States Bankruptcy Court
## District of New Jersey

In re **RTW Retailwinds, Inc.**  Case No.
Debtor(s)  Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **Retainer 695,604.00*** |
   | Prior to the filing of this statement I have received | $ **484,417.00*** |
   | Balance Due | $ |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   ☑ Debtor  ☐ Other (specify):

4. The source of compensation to be paid to me is:
   ☑ Debtor  ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **See retention papers**
      **\* The amounts are subject to ongoing review and reconciliation as a result of certain services that were performed shortly prior to the petition date.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **None**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

July 13, 2020  /s/ Michael D. Sirota
Date  **Michael D. Sirota**
*Signature of Attorney*
**Cole Schotz P.C.**
**Court Plaza North**
**25 Main Street**
**Hackensack, NJ 07601**
**201-489-3000  Fax: 201-489-1536**
**msirota@coleschotz.com**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re **RTW Retailwinds, Inc.**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **IPC NYCG LLC** | Securities Ownership Common Stock | | 48.5% |
| **Other** | | | 44.46% |
| **Paradigm Capital Management** | | | 7.04% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO, CFO and Treasurer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 07/13/2020  
Signature: *Sheamus Toal*  
**Sheamus Toal**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re  **RTW Retailwinds, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **RTW Retailwinds, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**IPC NYCG LLC**

☐ None [*Check if applicable*]

*07/13/2020*  
Date

/s/ *Michael D. Sirota*  
**Michael D. Sirota**  
Signature of Attorney or Litigant  
Counsel for  **RTW Retailwinds, Inc.**  
**Cole Schotz P.C.**  
**Court Plaza North**  
**25 Main Street**  
**Hackensack, NJ 07601**  
**201-489-3000 Fax:201-489-1536**  
**msirota@coleschotz.com**