**PROPOSED ORDER**

60917/0001-20080909v1

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Stuart Komrower, Esq.<br>Ryan T. Jareck, Esq.<br>Matteo W. Percontino, Esq.<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07601<br>Telephone: (201) 489-3000<br>Facsimile:  (201) 489-1536<br><br>*Proposed Attorneys for Debtors*<br>*and Debtors in Possession* |  |
| In re:<br><br>RTW RETAILWINDS, INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-    (    )<br><br>Joint Administration Requested<br><br>**Hearing Date and Time:** |

**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND**
**FED. R. BANKR. P. 1007(c) EXTENDING DEBTORS' TIME TO FILE SCHEDULES**
**OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The relief set forth on the following pages, numbered two (2) through four (4), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936).  The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

(Page 2)
Debtors:           RTW RETAILWINDS, INC., *et al*.
Case No.           20-_____ (___)
Caption of Order:  ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND FED. R. BANKR. P. 1007(c) EXTENDING DEBTORS' TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Upon the motion (the "**Motion**")[2] of RTW Retailwinds, Inc. and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 105(a) and 521(a)(1)(B) of the Bankruptcy Code, and Bankruptcy Rule 1007(c), for an order extending the fourteen (14) day period to file their schedules of assets and liabilities and statements of financial affairs (collectively, the "**Schedules**") by an additional thirty (30) days, through and including August 26, 2020, without prejudice to the Debtors' right to request additional time should it become necessary, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28. U.S.C. §§ 157(a)-(b) and 1334(b) and the *Standing Order of Reference to the Bankruptcy Court Under Title* 11 of the United States District Court for the District of New Jersey, dated September 18, 2012 (Simandle, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and the Court having held a hearing to consider the relief requested in

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 3)
Debtors:             RTW RETAILWINDS, INC., *et al*.
Case No.             20-_____ (___)
Caption of Order:    ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND
                     FED. R. BANKR. P. 1007(c) EXTENDING DEBTORS' TIME TO FILE
                     SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
                     OF FINANCIAL AFFAIRS

---

the Motion (the "**Hearing**"); and upon the *Declaration of Robert Shapiro in Support of Debtors' Chapter 11 Petitions and First Day Pleadings*, filed contemporaneously with the Motion, the record of the Hearing, and all of the proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their respective estates and creditors, and all parties-in-interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Pursuant to sections 105(a) and 521(a)(1)(B) of the Bankruptcy Code and Bankruptcy Rule 1007(c), the time by which the Debtors shall file their Schedules is hereby extended by an additional thirty (30) days, through and including August 26, 2020 without prejudice to the Debtors' right to seek further extensions upon a showing of cause therefor.

3. Any party may move for modification of this Order in accordance with D.N.J. LBR 9013-5(e).

4. A true copy of this Order shall be served on all required parties pursuant to D.N.J. LBR 9013-5(f).

5. This Order shall be effective immediately upon entry.

(Page 4)
Debtors:            RTW RETAILWINDS, INC., *et al*.
Case No.            20-_____ (___)
Caption of Order:   ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 521(a)(1)(B) AND
                    FED. R. BANKR. P. 1007(c) EXTENDING DEBTORS' TIME TO FILE
                    SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS
                    OF FINANCIAL AFFAIRS

---

6. The Debtors are authorized to take all action necessary to carry out this Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.