# EXHIBIT A

## Utility List

| Location # | Vendor Name | Vendor Address 1 | Vendor Address 2 | Vendor City | Vendor State/Prov | Vendor Postal Code | Vendor Country | Vendor Phone Bus | Vendor Phone Extension | Service Type | Average (12 Month) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 140 | 2547 Brindle Dr Real Estate LLC | 307 Fellowship Rd, Ste 300 | c/o Metro Commercial Mgmt Sv | Mt Laurel | NJ | 08054 | United States | 999.999.9999 | | Water | $ 22.47 |
| 140 | Alabama Power | P.O. Box 242 | @ Southern Company | BIRMINGHAM | AL | 35292 | United States | 888.430.5787 | | Electric | $ 1,703.56 |
| 140 | Alexandria Renew Enterprises | PO Box 26428 | | Alexandria | VA | 22313-6428 | United States | 703.549.3383 | | Sewer | $ 242.23 |
| 2 | Ameren Missouri | PO Box 88068 | | Chicago | IL | 60680-1068 | United States | 877.426.3736 | | Electric | $ 2,005.20 |
| 2 | American Electric Power/24002 | PO Box 371496 | | Pittsburgh | PA | 15250-7496 | United States | 866.789.3844 | | Electric | $ 610.80 |
| 11 | American Realty Capital | PO Box 842349 | | Dallas | TX | 75284-1813 | United States | 999.999.9999 | | Water | $ 25.95 |
| 11 | AMS Billing Services | PO Box 1047 | | Tallevast | FL | 34270-1047 | United States | 877.358.1253 | | Sewer | $ 28.44 |
| | AMS Billing Services | | | | | | | | | Water | $ 22.07 |
| 11 | Aqua OH | PO Box 70279 | | Philadelphia | PA | 19176-0279 | United States | 610.527.8000 | | Water | $ 13.57 |
| 11 | Aqua Pennsylvania/70279 | PO Box 70279 | | Philadelphia | PA | 19176-0279 | United States | 610.527.8000 | | Water | $ 33.48 |
| 11 | Asheville Outlets | PO Box 603145 | | Charlotte | NC | 28260-3145 | United States | 800.950.9058 | | Sewer | $ 3.60 |
| | Asheville Outlets | | | | | | | | | Water | $ 20.12 |
| 12 | Atlantic City Associates LLC Number 2 | PO Box 417344 | | BOSTON | MA | 02241-7344 | United States | 999.999.9999 | | Sewer | $ 25.26 |
| | Atlantic City Associates LLC Number 2 | | | | | | | | | Water | $ 28.80 |
| 12 | Atlantic City Electric/13610 | PO Box 13610 | | Philadelphia | PA | 19101 | United States | 800.642.3780 | | Electric | $ 1,296.91 |
| 15 | Atmos Energy/630872/740353 | PO Box 630872 | | CINCINNATI | OH | 45263-0872 | United States | 888.286.6700 | | Natural Gas | $ 151.40 |
| 15 | BGE | P.O. Box 13070 | | Philadelphia | PA | 19101-3070 | United States | 800.265.6177 | | Electric | $ 2,073.26 |
| | BGE | | | | | | | | | Natural Gas | $ 95.04 |
| 16 | Bluebonnet Electric Cooperative | PO BOX 240 | | GIDDINGS | TX | 78942-0240 | United States | 800.842.7708 | | Electric | $ 778.89 |
| 16 | Board of Public Works- Gaffney, SC | P.O. Box 64 | | Gaffney | SC | 29342 | United States | 864.488.8820 | | Electric | $ 983.42 |
| 16 | Brixmor Roosevelt Mall Owner LLC | PO Box 645341 | | CINCINNATI | OH | 45264-5341 | United States | 800.965.9642 | | Electric | $ 1,073.09 |
| | Brixmor Roosevelt Mall Owner LLC | | | | | | | | | Sewer | $ 20.29 |
| | Brixmor Roosevelt Mall Owner LLC | | | | | | | | | Water | $ 28.82 |
| 16 | BRVC Owner LLC | PO Box 1243 | | Northbrook | IL | 60065 | United States | 630.654.2782 | 280 | Sewer | $ 16.67 |
| | BRVC Owner LLC | | | | | | | | | Water | $ 12.34 |
| 16 | California Water Service- Bakersfield | PO Box 4500 | | Whittier | CA | 90607-4500 | United States | 661.837.7200 | 280 | Water | $ 14.45 |
| 22 | CenterPoint Energy Minnegasco/4671 | PO BOX 4671 | | HOUSTON | TX | 77210-4671 | United States | 877.809.3803 | 280 | Natural Gas | $ 20.09 |
| 22 | Central Georgia EMC (elec) | PO Box 530812 | | Atlanta | GA | 30353-0812 | United States | 800.222.4877 | | Electric | $ 1,278.74 |
| 23 | Charter Township of Meridian, MI | 5151 Marsh Rd | Public Works Department | Okemos | MI | 48805-1400 | United States | 517.853.4120 | | Sewer | $ 2.78 |
| | Charter Township of Meridian, MI | | | | | | | | | Water | $ 3.99 |
| 23 | Citizens Energy Group | P.O. Box 7056 | | Indianapolis | IN | 46207-7056 | United States | 317.927.4328 | | Natural Gas | $ 47.23 |
| | Citizens Energy Group | | | | | | | | | Sewer | $ 194.48 |
| | Citizens Energy Group | | | | | | | | | Water | $ 104.25 |
| 23 | City of Aurora, IL | PO BOX 2697 | | AURORA | IL | 60507-2697 | United States | 630.256.3600 | | Sewer | $ 5.31 |
| | City of Aurora, IL | | | | | | | | | Water | $ 28.76 |
| 27 | City of Boynton Beach, FL | PO Box 310 | | Boynton Beach | FL | 33425-0310 | United States | 561.742.6300 | | Sewer | $ 23.97 |
| | City of Boynton Beach, FL | | | | | | | | | Water | $ 29.96 |
| 27 | City of Calumet City, IL | PO Box 1519 | Water Department | Calumet City | IL | 60409 | United States | 708.891.8121 | | Sewer | $ 0.78 |
| | City of Calumet City, IL | | | | | | | | | Water | $ 9.95 |
| 29 | City of Columbia, SC - Water | P.O. Box 7997 | Water Billing Department | COLUMBIA | SC | 29202-7997 | United States | 803.545.3300 | | Water | $ 23.01 |
| 30 | City of Corona, CA | PO Box 6040 | | Artesia | CA | 90702-6040 | United States | 951.736.2321 | | Electric | $ 1,446.24 |
| 43 | City of Daytona Beach, FL | P.O. Box 2455 | Utility Bill | Daytona Beach | FL | 32115-2455 | United States | 386.671.8100 | | Sewer | $ 13.15 |
| | City of Daytona Beach, FL | | | | | | | | | Trash (MSW) | $ 448.52 |
| | City of Daytona Beach, FL | | | | | | | | | Water | $ 15.85 |

| # | Name | Address | Line 2 | City | State | Zip | Country | Phone | Ext | Service | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | City of Fort Myers, FL | PO Box 30185 | | Tampa | FL | 33630-3185 | United States | 239.321.8100 | | Sewer | $ | 55.80 |
| | City of Fort Myers, FL | | | | | | | | | Water | $ | 37.20 |
| 45 | City of Fresno, CA | P.O. Box 2069 | Utility Billing and Collections Di | Fresno | CA | 93718 | United States | 559.621.6888 | | Sewer | $ | 116.53 |
| | City of Fresno, CA | | | | | | | | | Water | $ | 201.19 |
| 46 | City of Gastonia, NC | PO Box 580068 | | Charlotte | NC | 28258-0068 | United States | 704.866.6714 | | Electric | $ | 740.53 |
| 60 | City of Greensboro, NC | P.O. Box 1170 | | Greensboro | NC | 27402-1170 | United States | 336.373.2489 | | Sewer | $ | 23.62 |
| | City of Greensboro, NC | | | | | | | | | Water | $ | 22.63 |
| 60 | City of Hialeah, FL-Dept of Water & Sewe | 3700 W 4th Ave | | Hialeah | FL | 33012 | United States | 305.556.3700 | | Sewer | $ | 33.83 |
| 60 | City of Hialeah, FL-Dept of Water & Sewe | 3700 W 4th Ave | | Hialeah | FL | 33012 | United States | 305.556.3700 | | Water | $ | 8.58 |
| 62 | City of Hurst, TX | 1505 Precinct Line Road | | Hurst | TX | 76054-3302 | United States | 817.788.7038 | | Sewer | $ | 66.95 |
| | City of Hurst, TX | | | | | | | | | Water | $ | 38.75 |
| 62 | City of Lancaster, PA | P.O. Box 1020 | | Lancaster | PA | 17608-1020 | United States | 717.735.3425 | | Sewer | $ | 31.90 |
| | City of Lancaster, PA | | | | | | | | | Water | $ | 24.91 |
| 62 | City of North Canton, OH | 145 North Main Street | Public Utilities | North Canton | OH | 44720 | United States | 330.499.4801 | | Water | $ | 28.79 |
| 65 | City of Rancho Cucamonga, CA | PO BOX 4499 | Municipal Utility | RANCHO CUCAMO | CA | 91729-4499 | United States | 909.477.2740 | | Electric | $ | 934.50 |
| 65 | City of Roseville, CA | PO Box 619136 | | Roseville | CA | 95661-9136 | United States | 916.774.5300 | | Electric | $ | 878.36 |
| 65 | City of Sterling Heights Water | PO Box 5500 | Dept 181601 | Detroit | MI | 48255-1816 | United States | 586.446.2320 | | Sewer | $ | 9.83 |
| | City of Sterling Heights Water | | | | | | | | | Water | $ | 79.91 |
| 70 | City of Sumter, SC | P.O. Box 310 | | Sumter | SC | 29151-0310 | United States | 803.436.2541 | | Sewer | $ | 46.64 |
| | City of Sumter, SC | | | | | | | | | Water | $ | 14.48 |
| 70 | City of Tampa Utilities | PO Box 30191 | | Tampa | FL | 33630-3191 | United States | 813.274.8811 | 4012 | Sewer | $ | 263.02 |
| | City of Tampa Utilities | | | | | | | | | Trash (MSW) | $ | 67.02 |
| | City of Tampa Utilities | | | | | | | | | Water | $ | 205.88 |
| 70 | City of Troy, MI | PO Box 554743 | | Detroit | MI | 48255-4753 | United States | 248.524.3370 | | Sewer | $ | 44.20 |
| | City of Troy, MI | | | | | | | | | Water | $ | 67.29 |
| 70 | City of Westminster, MD | 56 W MAIN ST | Water & Sewer Department | WESTMINSTER | MD | 21157 | United States | 410.848.2916 | | Sewer | $ | 11.47 |
| | City of Westminster, MD | | | | | | | | | Water | $ | 9.29 |
| 70 | City of Winter Garden, FL | 300 W Plant St | | Winter Garden | FL | 34787-3009 | United States | 407.656.4100 | | Sewer | $ | 23.44 |
| | City of Winter Garden, FL | | | | | | | | | Water | $ | 15.51 |
| 77 | Clay Electric Cooperative/Orange Park | P.O. Box 308 | | Keystone Heights | FL | 32656-0308 | United States | 800.224.4917 | | Electric | $ | 1,297.58 |
| 79 | Columbia Gas of Ohio | PO Box 4629 | | CAROL STREAM | IL | 60197-4629 | United States | 800.344.4077 | | Natural Gas | $ | 119.01 |
| 81 | Columbus Water Works | PO Box 1600 | | Columbus | GA | 31902-1600 | United States | 706.649.3400 | | Sewer | $ | 11.70 |
| | Columbus Water Works | | | | | | | | | Water | $ | 11.46 |
| 81 | Con Ed | PO Box 6111 | | CAROL STREAM | IL | 60197-6111 | United States | 877.426.6331 | | Electric | $ | 397.20 |
| 84 | Con Edison | 390 WEST ROUTE 59 | ATTN: PAYMENT PROCESSING | SPRING VALLEY | NY | 10977-5300 | United States | 212.243.1900 | 2566 | Electric | $ | 18,209.41 |
| | Con Edison | | | | | | | | | Natural Gas | $ | 906.67 |
| 84 | Consolidated Utility Dist. of Rutherford | P.O. Box 249 | | Murfreesboro | TN | 37133-0249 | United States | 615.893.7225 | | Sewer | $ | 17.61 |
| | Consolidated Utility Dist. of Rutherford | | | | | | | | | Water | $ | 50.65 |
| 85 | Constellation NewEnergy/4640 | PO Box 4640 | BANK OF AMERICA LOCKBOX S | CAROL STREAM | IL | 60197-4640 | United States | 844.636.3749 | | Electric | $ | 16,657.65 |
| 85 | Consumers Energy | PO Box 740309 | | CINCINNATI | OH | 45274-0309 | United States | 800.805.0490 | | Electric | $ | 1,137.61 |
| | Consumers Energy | | | | | | | | | Natural Gas | $ | 25.91 |
| 85 | Coral Springs Improv. Dist. | 10300 NW 11th Manor | | Coral Springs | FL | 33071 | United States | 954.753.0380 | | Sewer | $ | 78.42 |
| | Coral Springs Improv. Dist. | | | | | | | | | Water | $ | 78.42 |
| 85 | Cord Meyer Development LLC | 111-15 Queens Blvd | | Forest Hills | NY | 11375 | United States | 718.268.2500 | | Water | $ | 4.96 |
| 95 | CoServ | PO Box 734803 | | Dallas | TX | 75373-4803 | United States | 800.274.4014 | | Natural Gas | $ | 31.42 |
| 96 | CPS Energy | P.O. Box 2678 | | San Antonio | TX | 78289-0001 | United States | 210.353.3333 | | Electric | $ | 2,042.17 |
| 97 | Crestview Hills Town Center LLC | 3825 Edwards Rd, Ste 200 | | CINCINNATI | OH | 45209 | United States | 513.241.5800 | | Sewer | $ | 67.68 |
| | Crestview Hills Town Center LLC | | | | | | | | | Water | $ | 36.35 |
| 97 | CWSA - Coplay Whitehall Sewer Authority | 3213 MacArthur Road | | Whitehall | PA | 18052 | United States | 610.437.4461 | | Sewer | $ | 93.75 |

| # | Name | Address | Attn/Dept | City | State | Zip | Country | Phone | | Service | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | Dayton Power & Light | PO Box 1247 | Customer Payment Center | Dayton | OH | 45401-1247 | United States | 800.253.5801 | | Electric | $ 499.91 |
| 102 | DELMARVA POWER DE/MD/VA/17000/13609 | PO Box 13609 | | Philadelphia | PA | 19101-3609 | United States | 800.375.7117 | | Electric | $ 1,378.55 |
| 103 | Direct Energy/643249/660749 | PO Box 660749 | | Dallas | TX | 75266 | United States | 888.925.9115 | | Electric | $ 27,235.37 |
| 106 | Direct Energy/70220 | PO Box 70220 | | Philadelphia | PA | 19176-0220 | United States | 888.925.9115 | | Electric | $ 38,304.16 |
| 106 | Dixie Electric Cooperative | PO Box 2153 | Department 1340 | BIRMINGHAM | AL | 35287-1340 | United States | 888.349.4332 | | Electric | $ 1,334.68 |
| 106 | Dominion Energy North Carolina | P.O. Box 100256 | @ SCANA Corporation | COLUMBIA | SC | 29202-3256 | United States | 877.776.2427 | | Natural Gas | $ 37.91 |
| 109 | Dominion Energy Ohio/26785 | P.O. Box 26785 | @ Dominion Resources Service | Richmond | VA | 23261-6785 | United States | 800.362.7557 | | Natural Gas | $ 205.92 |
| 111 | Dominion Energy South Carolina | PO Box 100255 | | COLUMBIA | SC | 29202-3255 | United States | 800.251.7234 | | Electric | $ 2,561.66 |
| | Dominion Energy South Carolina | | | | | | | | | Natural Gas | $ 115.63 |
| 126 | Dominion VA/NC Power/26543/26666 | P.O. Box 26543 | | Richmond | VA | 23290-0001 | United States | 866.366.4357 | | Electric | $ 4,070.87 |
| 126 | Dos Lagos CRN LLC | 3415 S Sepulveda Blvd, #400 | c/o Equinmax Mgmt | LOS ANGELES | CA | 90034 | United States | 951.277.7601 | | Sewer | $ 29.33 |
| | Dos Lagos CRN LLC | | | | | | | | | Water | $ 177.62 |
| | Duke Energy Progress | | | | | | | | | Electric | $ 3,276.75 |
| | Duke Energy/1004 | | | | | | | | | Electric | $ 2,548.16 |
| 126 | Duke Energy/1326 | PO Box 1326 | | Charlotte | NC | 28201-1326 | United States | 800.774.1202 | | Electric | $ 1,414.71 |
| | Duke Energy/1326 | | | | | | | | | Natural Gas | $ 295.48 |
| 126 | Duke Energy/70515/70516 | P.O. Box 70516 | @ Duke Energy | Charlotte | NC | 28272-0516 | United States | 800.653.5307 | | Electric | $ 4,119.27 |
| 136 | Dyker Associates | 1224 Mill St, Bld D, Ste 103 | c/o Developers Realty | East Berlin | CT | 06023 | United States | 860.561.0121 | | Water | $ 14.86 |
| 142 | East Brunswick Water/Sewer Utilities | P.O. Box 1081 | | East Brunswick | NJ | 08816-1081 | United States | 732.390.6824 | | Water | $ 11.50 |
| 142 | Easton Town Center II, LLC | L-3769 | | Columbus | OH | 43260-3769 | United States | 614.414.7300 | | Electric | $ 1,633.12 |
| | Easton Town Center II, LLC | | | | | | | | | Sewer | $ 21.85 |
| | Easton Town Center II, LLC | | | | | | | | | Water | $ 62.43 |
| 142 | El Paso Electric/650801 | PO Box 650801 | | Dallas | TX | 75265-0801 | United States | 800.351.1621 | | Electric | $ 1,250.32 |
| 152 | El Paso Water Utilities | P.O. Box 511 | | EL Paso | TX | 79961-0511 | United States | 915.594.5500 | | Sewer | $ 47.44 |
| | El Paso Water Utilities | | | | | | | | | Trash (MSW) | $ 16.99 |
| | El Paso Water Utilities | | | | | | | | | Water | $ 14.05 |
| 152 | EnergyWorks Lancaster, LLC | PO Box 6203 | | Hermitage | PA | 16148-0922 | United States | 202.550.7287 | | Electric | $ 975.62 |
| | ENGIE Resources | | | | | | | | | Electric | $ 3,338.01 |
| 152 | Entergy Gulf States LA, LLC/8103 | PO BOX 8103 | | BATON ROUGE | LA | 70891-8103 | United States | 877.387.2499 | | Electric | $ 567.78 |
| 153 | Entergy Louisiana, Inc./8108 | PO BOX 8108 | | BATON ROUGE | LA | 70891-8108 | United States | 800.368.3749 | | Electric | $ 1,241.31 |
| 153 | Entergy Mississippi, Inc./8105 | PO BOX 8105 | | BATON ROUGE | LA | 70891-8105 | United States | 800.368.3749 | | Electric | $ 692.12 |
| 153 | Erie Water Works | PO Box 4170 | Eriebank | Woburn | MA | 01888-4170 | United States | 814.870.8000 | | Sewer | $ 21.00 |
| | Erie Water Works | | | | | | | | | Water | $ 17.39 |
| 153 | Evergy KS MO Metro MO West 219330/219703 | P.O. Box 219330 | | Kansas City | MO | 64121-9330 | United States | 816.221.2323 | | Electric | $ 1,357.60 |
| 153 | Eversource Energy/56002 | PO Box 56003 | | BOSTON | MA | 02205-6003 | United States | 866.554.6025 | | Electric | $ 553.84 |
| | Eversource Energy/56003 | | | | | | | | | Electric | $ 933.97 |
| 159 | Fairfax Company of Virginia LLC | PO BOX 67000 | Dept 56501 | Detroit | MI | 48267-0565 | United States | 248.258.7419 | | Sewer | $ - |
| | Fairfax Company of Virginia LLC | | | | | | | | | Water | $ 20.31 |
| 159 | Florida Power & Light Company (FPL) | General Mail Facility | @ FPL Group, Inc | Miami | FL | 33188-0001 | United States | 800.226.3545 | 71 | Electric | $ 21,123.04 |
| 159 | Fox Metro | PO BOX 160 | Water Reclamation District | AURORA | IL | 60507-0160 | United States | 630.301.6881 | | Sewer | $ 19.86 |
| 159 | Gateway Center Properties Phs II Owner | PO Box 416837 | | BOSTON | MA | 02241-6837 | United States | 999.999.9999 | | Electric | $ 2,070.78 |
| | Gateway Center Properties Phs II Owner | | | | | | | | | Water | $ 45.85 |
| 163 | General Utilities, NY | 14 53rd St | | Brooklyn | NY | 11232-0246 | United States | 516.349.8989 | | Fuel Oil | $ 350.03 |
| 163 | Georgia Power | 96 ANNEX | @ Southern Company | Atlanta | GA | 30396 | United States | 888.655.5888 | | Electric | $ 8,258.85 |
| 163 | GGP-Grandville LLC | PO Box 86 | SDS-12-1796,Rivertown Crossi | Minneapolis | MN | 55486-1796 | United States | 312.960.5401 | | Electric | $ 837.17 |

| # | Name | Address 1 | Address 2 | City | State | Zip | Country | Phone | Ext | Service | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | GGP-Grandville LLC | | | | | | | | | Natural Gas | $ 17.75 |
| | GGP-Grandville LLC | | | | | | | | | Water | $ 36.72 |
| 164 | Greenville Utilities Commission, NC | PO Box 1432 | | Charlotte | NC | 28201-1432 | United States | 888.733.5237 | | Electric | $ 1,033.12 |
| | Greenville Utilities Commission, NC | | | | | | | | | Sewer | $ 42.62 |
| | Greenville Utilities Commission, NC | | | | | | | | | Water | $ 20.41 |
| 169 | Grey Forest Utilities | P.O. Box 258 | | Helotes | TX | 78023 | United States | 210.695.8781 | | Natural Gas | $ 26.06 |
| 169 | Hamilton Shoppes LLC | c/o Stoltz Management | 725 Conshohocken State Rd | Bala Cynwyd | PA | 19004 | United States | 800.965.9642 | | Sewer | $ 25.92 |
| | Hamilton Shoppes LLC | | | | | | | | | Water | $ 37.03 |
| 169 | Harford Mall Business Trust | PO Box 955607 | CBL #0623 | ST LOUIS | MO | 63195-5607 | United States | 410.879.9319 | | Sewer | $ 6.44 |
| 169 | Harrisburg Mall LP | PO Box 62930 | c/o St John Properties Inc | Baltimore | MD | 21264-2930 | United States | 717.564.0980 | | Electric | $ 650.25 |
| 169 | HGREIT II Edmondson Road LLC | PO Box 733538 | | Dallas | TX | 75373-3538 | United States | 513.321.0868 | | Sewer | $ 10.02 |
| | HGREIT II Edmondson Road LLC | | | | | | | | | Water | $ 8.42 |
| 174 | HRSD/HRUBS | PO Box 37097 | | Boone | IA | 50037-0097 | United States | 757.460.2491 | | Sewer | $ 20.05 |
| | HRSD/HRUBS | | | | | | | | | Water | $ 22.51 |
| 177 | Huntsville Utilities, AL | Huntsville Utilities | | Huntsville | AL | 35895 | United States | 866.478.8845 | | Electric | $ 866.09 |
| 177 | Indiana Michigan Power | PO Box 371496 | | Pittsburgh | PA | 15250-7496 | United States | 888.710.4237 | | Electric | $ 598.83 |
| 180 | Infinite Energy Inc-Gas | PO Box 71247 | | Charlotte | NC | 28272-1247 | United States | 866.634.2748 | | Natural Gas | $ 56.28 |
| 180 | Inland Commercial Real Estate Svcs/62903 | 62903 Collection Center Dr | | Chicago | IL | 60693 | United States | 844-286-8130 | | Sewer | $ 34.30 |
| | Inland Commercial Real Estate Svcs/62903 | | | | | | | | | Water | $ 13.97 |
| 180 | Jemstone Cross Keys LLC | 358 Fifth Ave, Ste 1405 | c/o The Jemstone Group | NEW YORK | NY | 10001 | United States | 800.965.9642 | | Water | $ 12.24 |
| 180 | Jersey Central Power & Light | PO Box 3687 | Remittance Processing Center | Akron | OH | 44309-3687 | United States | 800.662.3115 | | Electric | $ 1,955.27 |
| 182 | JP Morgan Chase Bank/Saucon Vall | Saucon Valley Lifestyle Center | PO Box 28482 | NEW YORK | NY | 10087 | United States | 610.791.9707 | | Sewer | $ 6.74 |
| | JP Morgan Chase Bank/Saucon Vall | | | | | | | | | Water | $ 7.90 |
| 185 | JRA HHF Venture LLC | PO Box 78000 | Dept 781885 | Detroit | MI | 48278 | United States | 999.999.9999 | 280 | Sewer | $ 3.04 |
| | JRA HHF Venture LLC | | | | | | | | | Water | $ 8.74 |
| 185 | Kentucky American Water Company | PO Box 6029 | | CAROL STREAM | IL | 60197-6029 | United States | 800.678.6301 | | Water | $ 18.35 |
| 189 | KU-Kentucky Utilities Company | PO Box 9001954 | | Louisville | KY | 40290-1954 | United States | 800.383.5582 | | Electric | $ 1,812.47 |
| 189 | Lake County Dept. of Utilities (OH) | P.O. Box 8005 | | Painesville | OH | 44077-8005 | United States | 440.350.2070 | | Sewer | $ 26.99 |
| 189 | Lake Success Shopping Center LLC | 1526A Union Turnpike | | New Hyde Park | NY | 11040 | United States | 516.354.3681 | | Water | $ 3.59 |
| 189 | Lakeland Electric/City of Lakeland,FL | P.O. Box 32006 | | Lakeland | FL | 33802-2006 | United States | 800.929.4876 | | Electric | $ 1,008.90 |
| 191 | Lakeside OOTB Ventures | 14000 Lakeside Cir | Mall Management Office | Sterling Heights | MI | 48313 | United States | 999.999.9999 | | Electric | $ 1,965.49 |
| 191 | Levin Management Corporation | P.O. Box 326 | | Plainfield | NJ | 07061 | United States | 908.755.2401 | | Sewer | $ 111.28 |
| 191 | Levis Commons, LLC | 2201 S Boulevard Ste 400 | | Charlotte | NC | 28203 | United States | 419.931.8888 | | Water | $ 39.66 |
| 193 | Lexington-Fayette Urban County Govt | PO Box 34090 | | Lexington | KY | 40588-4090 | United States | 888.987.8111 | | Sewer | $ 8.95 |
| 193 | LG&E - Louisville Gas & Electric | PO Box 9001960 | @ LG&E Energy | Louisville | KY | 40290 | United States | 800.331.7370 | | Electric | $ 1,948.43 |
| | LG&E - Louisville Gas & Electric | | | | | | | | | Natural Gas | $ 166.75 |
| 193 | Liberty Utilities - Empire District | PO Box 650689 | | Dallas | TX | 75265-0689 | United States | 800.206.2300 | | Electric | $ 1,058.55 |
| 193 | Mall 1-Bay Plaza LLC | 546 Fifth Ave, 15th Fl | c/o Prestige Properties & Devel | NEW YORK | NY | 10036 | United States | 212.944.0444 | | Electric | $ 860.73 |
| 215 | Matthew D Mason as Receiver | 1900 S Randall Rd | | Algonquin | IL | 60102 | United States | 999.999.9999 | | Sewer | $ 10.45 |
| | Matthew D Mason as Receiver | | | | | | | | | Water | $ 9.08 |

| Code | Name | Address | Attn | City | State | ZIP | Country | Phone | Ext | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 215 | MCA Promenade Owner LLC | 2201 South Blvd, Ste 400 | c/o Hill Partners Inc | Charlotte | NC | 28203 | United States | 999.999.9999 | | Water | $ 106.15 |
| | Memorial City Mall | | | | | | | | | Sewer | $ 13.48 |
| | Memorial City Mall | | | | | | | | | Water | $ 8.48 |
| 215 | Memphis Light, Gas & Water Division | P.O. Box 388 | | Memphis | TN | 38145-0388 | United States | 901.528.4270 | | Electric | $ 4,357.47 |
| | Memphis Light, Gas & Water Division | | | | | | | | | Natural Gas | $ 45.66 |
| | Memphis Light, Gas & Water Division | | | | | | | | | Trash (MSW) | $ 64.14 |
| 215 | Meridian Mall Retail Properties LLC | PO Box 955607 | CBL #0701 | ST LOUIS | MO | 63195-5607 | United States | 999.999.9999 | | Electric | $ 509.42 |
| | Meridian Mall, CBL #0379 | | | | | | | | | Electric | $ 687.14 |
| 215 | Met-Ed/3687 | P.O. Box 3687 | @ FirstEnergy Corp. | Akron | OH | 44309-3687 | United States | 800.543.4655 | | Electric | $ 201.00 |
| 219 | MIAMI-DADE WATER AND SEWER DEPT | P.O. Box 026055 | | Miami | FL | 33102-6055 | United States | 305.665.7477 | | Sewer | $ 293.45 |
| | MIAMI-DADE WATER AND SEWER DEPT | | | | | | | | | Water | $ 9.73 |
| 219 | Middle Tennessee Electric Membership | PO Box 330008 | | Murfreesboro | TN | 37133-0008 | United States | 877.777.9020 | | Electric | $ 960.41 |
| 219 | Middlesex Water Company | PO Box 826538 | | Philadelphia | PA | 19182-6538 | United States | 800.549.3802 | | Water | $ 28.61 |
| 224 | Montgomery County Environmental Svs, OH | PO Box 645728 | | CINCINNATI | OH | 45264-5728 | United States | 937.781.2688 | | Sewer | $ 57.48 |
| | Montgomery County Environmental Svs, OH | | | | | | | | | Water | $ 40.12 |
| 224 | Murfreesboro Electric Department (MED) | P.O. Box 9 | | Murfreesboro | TN | 37133-0009 | United States | 615.893.5514 | | Electric | $ 1,356.37 |
| 237 | Nashville Electric Service | PO Box 305099 | | Nashville | TN | 37230-5099 | United States | 615.736.6900 | | Electric | $ 975.88 |
| 240 | National Fuel/371835 | PO Box 371835 | | Pittsburgh | PA | 15250-7835 | United States | 716.686.6123 | | Natural Gas | $ 349.03 |
| | National Grid - Brooklyn/11741 | | | | | | | | | Natural Gas | $ 294.08 |
| 240 | National Grid - Hicksville/11791 | PO Box 11791 | | Newark | NJ | 07101-4791 | United States | 800.930.5003 | | Natural Gas | $ 762.19 |
| 241 | National Grid - Massachusetts/11737 | PO Box 11737 | | Newark | NJ | 07101-4737 | United States | 800.322.3223 | | Electric | $ 1,637.95 |
| 247 | National Grid - New York/11742 | PO Box 11742 | | Newark | NJ | 07101-4742 | United States | 800.664.6729 | | Electric | $ 804.63 |
| 247 | National Grid - Rhode Island/11739 | PO Box 11739 | | Newark | NJ | 07101-4739 | United States | 800.322.3223 | | Electric | $ 2,204.24 |
| | National Grid - Rhode Island/11739 | | | | | | | | | Natural Gas | $ 242.36 |
| 2501 | New Jersey American Water Company/371331 | P.O. Box 371331 | | Pittsburgh | PA | 15250-7331 | United States | 800.652.6987 | | Water | $ 117.08 |
| 2505 | New York American Water | P.O. Box 371332 | | Pittsburgh | PA | 15250-7332 | United States | 877.426.6999 | | Water | $ 22.43 |
| 2506 | Nicor Gas/2020/0632/5407 | PO Box 5407 | | CAROL STREAM | IL | 60197-5407 | United States | 888.642.6748 | 7063 | Natural Gas | $ 347.50 |
| 2507 | NJNG | PO Box 11743 | | Newark | NJ | 07101-4743 | United States | 800.221.0051 | | Natural Gas | $ 94.67 |
| 2511 | North Hudson Sewerage Authority | 1600 Adams St | | Hoboken | NJ | 07030 | United States | 201.963.6043 | | Sewer | $ 160.85 |
| 2511 | Northern Virginia Electric Cooperative | PO Box 34795 | NOVEC | Alexandria | VA | 22334-0795 | United States | 888.335.0500 | | Electric | $ 1,157.56 |
| 2511 | Northwoods Mall CMBS LLC | PO Box 5564 | | CAROL STREAM | IL | 60197-5564 | United States | 999.999.9999 | | Sewer | $ 20.56 |
| | Northwoods Mall CMBS LLC | | | | | | | | | Water | $ 16.84 |
| 2517 | NPI&G EastChase Property Owner, LLC | PO Box 530194 | | Atlanta | GA | 30353-0194 | United States | 999.999.9999 | | Water | $ 31.32 |
| 2517 | NV Energy/30150 South Nevada | PO Box 30150 | | Reno | NV | 89520-3150 | United States | 800.331.3103 | | Electric | $ 1,240.71 |
| 2517 | NYC Water Board | PO Box 11863 | | Newark | NJ | 07101-8163 | United States | 718.595.7000 | | Sewer | $ 138.50 |
| | NYC Water Board | | | | | | | | | Water | $ 87.10 |
| 257 | NYSEG-New York State Electric & Gas | PO Box 847812 | | BOSTON | MA | 02284-7812 | United States | 800.572.1111 | | Electric | $ 765.92 |

| # | Name | Address | Care Of | City | State | Zip | Country | Phone | Ext | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 261 | Ohio Edison | P.O. Box 3637 | @ FirstEnergy Corporation | Akron | OH | 44309-3637 | United States | 800.633.4766 | | Electric | $ 1,033.31 |
| 263 | Orange and Rockland Utilities (O&R) | PO Box 1005 | | SPRING VALLEY | NY | 10977-0800 | United States | 877.434.4100 | | Electric | $ 1,177.84 |
| 263 | Orlando Utilities Commission | PO Box 31329 | | Tampa | FL | 33631-3329 | United States | 407.423.9018 | | Electric | $ 1,006.17 |
| 274 | Pacific Gas & Electric | P.O. BOX 997300 | PG&E CORPORATION | Sacramento | CA | 95899-7300 | United States | 800.468.4743 | | Electric | $ 17,454.11 |
| | Pacific Gas & Electric | | | | | | | | | Natural Gas | $ 44.40 |
| 274 | Palm Beach Outlets I LLC | PO Box 9468 | | NEW YORK | NY | 10087-9468 | United States | 800.950.9058 | | Sewer | $ 112.70 |
| | Palm Beach Outlets I LLC | | | | | | | | | Water | $ 49.23 |
| 274 | Palmetto Electric Coop | PO Box 530812 | | Atlanta | GA | 30353-0812 | United States | 800.922.5551 | | Electric | $ 787.68 |
| 274 | Palmetto Utilities, Inc | 1713 Woodcreek Farms Rd, Ste A | | Elgin | SC | 29045 | United States | 803.699.2422 | | Sewer | $ 143.80 |
| 281 | Parkchester Preservation Co LP | 5500 New Albany Rd | Ste 200 | New Albany | OH | 43054 | United States | 718.621.3331 | | Water | $ 25.66 |
| 281 | Peabody Municipal Light Plant | PO Box 3199 | | Peabody | MA | 01961-3199 | United States | 978.531.5975 | | Electric | $ 1,596.20 |
| 283 | PECO/37629 | PO BOX 37629 | PAYMENT PROCESSING | Philadelphia | PA | 19101 | United States | 800.494.4000 | | Electric | $ 344.50 |
| | PECO/37629 | | | | | | | | | Natural Gas | $ 53.64 |
| 283 | Penelec/3687 | P.O. Box 3687 | @ FirstEnergy Corp. | Akron | OH | 44309-3687 | United States | 800.543.4655 | | Electric | $ 416.01 |
| 293 | Peninsula Main VA, LLC | PO Box 209277 | | Austin | TX | 78720 | United States | 999.999.9999 | | Electric | $ 576.89 |
| | Peninsula Main VA, LLC | | | | | | | | | Water | $ 50.82 |
| 293 | Penn Power | P.O. Box 3687 | @ FirstEnergy Corporation | Akron | OH | 44309-3687 | United States | 800.720.3600 | | Electric | $ 191.06 |
| 294 | Pennsylvania-American Water Company | P.O. Box 371412 | @ American Water Works Company | Pittsburgh | PA | 15250-7412 | United States | 800.474.7292 | | Water | $ 22.71 |
| 294 | PEPCO (Potomac Electric Power Company) | PO Box 13608 | | Philadelphia | PA | 19101-3608 | United States | 202.833.7500 | | Electric | $ 2,126.21 |
| 294 | Petro Commercial Services | 14 53rd St | Ste 418 | Brooklyn | NY | 11232-2608 | United States | 866.227.7796 | | Fuel Oil | $ 960.64 |
| 301 | Philadelphia Gas Works | PO BOX 11700 | | Newark | NJ | 07101-4700 | United States | 215.235.1000 | | Natural Gas | $ 62.70 |
| 301 | Piedmont Natural Gas | PO Box 1246 | @ Piedmont Natural Gas Company | Charlotte | NC | 28201-1246 | United States | 800.752.7504 | | Natural Gas | $ 511.52 |
| 301 | Pinnacle at Tutwiler Farm | 5522 Shaffer Road | c/o DuBois Mall Management O | DuBois | PA | 15801 | United States | 270.570.1613 | | Sewer | $ 4.50 |
| | Pinnacle at Tutwiler Farm | | | | | | | | | Water | $ 18.18 |
| 305 | Polaris Energy Services | L-2413 | | Columbus | OH | 43260 | United States | 847.303.1003 | | Electric | $ 1,074.38 |
| 305 | POTOMAC EDISON | PO Box 3615 | | Akron | OH | 44309-3615 | United States | 800.686.0011 | | Electric | $ 249.55 |
| 316 | PPL Electric Utilities/Allentown | 2 North 9th St CPC-Genn1 | | Allentown | PA | 18101-1175 | United States | 888.220.9991 | | Electric | $ 959.41 |
| 316 | PR Capital City Limited Partnership | PO Box 392406 | | Cleveland | OH | 44193-2406 | United States | 814.944.9478 | | Electric | $ 1,021.31 |
| 329 | PR Plymouth Meeting Mall LP | P.O. Box 73312 | | Cleveland | OH | 44193 | United States | 814.944.9478 | | Electric | $ 659.38 |
| | PR Plymouth Meeting Mall LP | | | | | | | | | Sewer | $ 14.80 |
| | PR Plymouth Meeting Mall LP | | | | | | | | | Water | $ 48.16 |
| 329 | PR Springfield Delco LP | PO BOX 373988 | | Cleveland | OH | 44193-3988 | United States | 215.546.2665 | | Electric | $ 1,280.67 |
| 329 | PR Springfield Town Center LLC | PO Box 932831 | | Cleveland | OH | 44193-2831 | United States | 999.999.9999 | | Electric | $ 505.39 |
| 329 | PSE&G-Public Service Elec & Gas Co | P.O. Box 14444 | | New Brunswick | NJ | 08906-4444 | United States | 855.249.7734 | | Electric | $ 4,564.07 |
| | PSE&G-Public Service Elec & Gas Co | | | | | | | | | Natural Gas | $ 649.21 |
| 329 | PSEGLI | P.O. Box 9039 | | Hicksville | NY | 11802-9039 | United States | 631.755.3417 | | Electric | $ 15,910.14 |
| 339 | Riviera Utilities - Daphne, AL | PO Box 580052 | ATTN: PAYMENT PROCESSING | Charlotte | NC | 28258-0052 | United States | 251.626.5000 | | Electric | $ 960.32 |
| 339 | Riviera Utilities - Foley, AL | PO Box 580052 | ATTN: PAYMENT PROCESSING | Charlotte | NC | 28258-0052 | United States | 251.943.5001 | | Electric | $ 731.79 |
| 343 | San Diego Gas & Electric | P.O. Box 25111 | Sdg&e | Santa Ana | CA | 92799-5111 | United States | 800.336.7343 | | Electric | $ 4,957.60 |
| 343 | Santee Cooper | PO Box 188 | | Moncks Corner | SC | 29461-0188 | United States | 800.804.7424 | | Electric | $ 588.18 |
| 343 | Scana Energy 1/100157 | P.O. Box 100157 | @ SCANA Corporation | COLUMBIA | SC | 29202-3157 | United States | 877.467.2262 | | Natural Gas | $ 44.78 |
| 343 | Sevier County Electric System | P.O. Box 4870 | | Sevierville | TN | 37864 | United States | 865.453.2887 | | Electric | $ 612.94 |
| 346 | Sevier County Utility District (SCUD) | PO Box 6519 | | Sevierville | TN | 37864-6519 | United States | 888.811.7283 | | Natural Gas | $ 84.92 |
| 346 | Shelby Energy Cooperative, Inc/KY | P.O. Box 309 | | Shelbyville | KY | 40066-0309 | United States | 502.633.4420 | | Electric | $ 920.90 |
| 346 | SMUD | Box 15555 | @ SMUD | Sacramento | CA | 95852-1555 | United States | 877.622.7683 | | Electric | $ 867.47 |
| 349 | Smyrna Utilities TN | PO Box 290009 | | Nashville | TN | 37229-0009 | United States | 615.355.5711 | | Natural Gas | $ 5.77 |
| 3529 | South Jersey Gas Company | PO Box 6091 | | Bellmawr | NJ | 08099-6091 | United States | 609.561.9000 | | Natural Gas | $ 164.21 |
| 3530 | Southern California Edison | P.O. Box 600 | | Rosemead | CA | 91771-0001 | United States | 800.990.7788 | 7063 | Electric | $ 9,486.70 |
| 3530 | Southland Center LLC | SDS 12-2779 | PO BOX 86 | Minneapolis | MN | 55486-2779 | United States | 312.960.5182 | | Electric | $ 1,023.17 |

| # | Name | Address | Line 2 | City | State | Zip | Country | Phone | Ext | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3531 | Suez Water Delaware | PO Box 371804 | Payment Center | PITTSURGH | PA | 15250-7804 | United States | 302.633.5900 | | Water | $ 18.59 |
| | Suez Water New Jersey | | | | | | | | | Water | $ 341.73 |
| 3532 | Suez Water Pennsylvania | PO Box 371804 | Payment Center | Pittsburgh | PA | 15250-7804 | United States | 888.299.8972 | | Water | $ 17.09 |
| 3532 | Suez Water Toms River | PO Box 371804 | | Pittsburgh | PA | 15250-7804 | United States | 877.565.1456 | | Water | $ 153.49 |
| 3533 | Suffolk County Water Authority - NY | PO Box 9044 | | Hicksville | NY | 11802-9044 | United States | 631.698.9500 | | Water | $ 54.30 |
| 3534 | Swatara Township Authority | PO Box 4920 | | Harrisburg | PA | 17111-0920 | United States | 717.564.1650 | | Sewer | $ 40.00 |
| 3536 | Tanger Outlets Deer Park LLC | PO Box 414225 | | BOSTON | MA | 02241-4225 | United States | 999.999.9999 | | Electric | $ 890.02 |
| 3536 | Tanger Properties Ltd. Partnership | PO Box 414225 | | BOSTON | MA | 02241-4225 | United States | 336.292.3010 | | Electric | $ 2,148.87 |
| | Tanger Properties Ltd. Partnership | | | | | | | | | Natural Gas | $ 21.98 |
| 3536 | Taubman Auburn Hills Associates LP | PO BOX 67000 | Dept 124501 | Detroit | MI | 48267-0002 | United States | 248.454.5010 | | Electric | $ 707.38 |
| 3536 | Teco Tampa Electric Company | P.O. Box 31318 | | Tampa | FL | 33631-3318 | United States | 866.832.6249 | | Electric | $ 3,337.92 |
| 3537 | The Illuminating Company | PO Box 3687 | | Akron | OH | 44309-3687 | United States | 800.589.3101 | | Electric | $ 2,514.52 |
| 3538 | Thor Palmer House Retail | PO Box 310541 | | Des Moines | IA | 50331-0541 | United States | 999.999.9999 | | Chilled Water | $ 2,123.06 |
| 3539 | TMP SRE 1 LLC | 2070 Sam Rittenberg Blvd | Ste 200 | Charleston | SC | 29407-4605 | United States | 999.999.9999 | | Sewer | $ 27.54 |
| | TMP SRE 1 LLC | | | | | | | | | Water | $ 10.70 |
| 3539 | Toledo Edison | PO Box 3687 | @ FirstEnergy Corporation | Akron | OH | 44309-3687 | United States | 800.447.3333 | | Electric | $ 409.97 |
| 3540 | Toms River Municipal Utilities Authority | 340 West Water Street | Attn: Irene | Toms River | NJ | 08753-6533 | United States | 732.240.3500 | | Sewer | $ 57.46 |
| 3540 | Town of Newburgh, NY | 1496 ROUTE 300 | RECEIVER OF TAXES | NEWBURGH | NY | 12550 | United States | 845.564.4553 | | Sewer | $ 22.58 |
| | Town of Newburgh, NY | | | | | | | | | Water | $ 4.50 |
| 3541 | Town of Smithfield, NC | PO BOX 761 | | SMITHFIELD | NC | 27577-0761 | United States | 919.934.2116 | | Electric | $ 826.51 |
| | Town of Smithfield, NC | | | | | | | | | Sewer | $ 22.59 |
| | Town of Smithfield, NC | | | | | | | | | Water | $ 15.14 |
| 3541 | Township of Freehold, NJ | 1 Municipal Plaza | Water & Sewer Department | Freehold | NJ | 07728-3099 | United States | 732.294.2023 | | Water | $ 50.41 |
| | Township of Moorestown, NJ | | | | | | | | | Sewer | $ 53.79 |
| | Township of Moorestown, NJ | | | | | | | | | Water | $ 243.75 |
| 3541 | Treasurer - Spotsylvania County | P.O. Box 9000 | | Spotsylvania | VA | 22553-9000 | United States | 540.507.7300 | | Sewer | $ 1.74 |
| | Treasurer - Spotsylvania County | | | | | | | | | Water | $ 18.82 |
| 3542 | Treasurer, Chesterfield County | PO Box 71143 | | Charlotte | NC | 28272-1143 | United States | 804.748.1291 | 105 | Sewer | $ 35.16 |
| | Treasurer, Chesterfield County | | | | | | | | | Water | $ 21.42 |
| 3547 | Trussville Gas and Water | P.O. Box 836 | | Trussville | AL | 35173 | United States | 205.655.3211 | 105 | Natural Gas | $ 20.03 |
| 3548 | Tucson Electric Power Company | PO BOX 80077 | | Prescott | AZ | 86304-8077 | United States | 800.328.8853 | 105 | Electric | $ 3,093.57 |
| | TXU Energy/650638 | | | | | | | | | Electric | $ 267.40 |
| 3548 | UGI Utilities Inc | PO Box 15503 | | Wilmington | DE | 19886-5503 | United States | 800.276.2722 | | Natural Gas | $ 371.52 |
| 3550 | United Illuminating Company | PO Box 847818 | | BOSTON | MA | 02284-7818 | United States | 800.722.5584 | | Electric | $ 1,695.80 |
| 3550 | UrbanCal Oakland Mall, LLC | PO Box 310300 | Property 623510 | Des Moines | IA | 50331-0300 | United States | 248.585.6000 | | Electric | $ 2,528.77 |
| 3553 | USPG Indian Lake LLC | PO Box 75762 | | Cleveland | OH | 44101-4202 | United States | 999.999.9999 | | Sewer | $ 6.53 |
| | USPG Indian Lake LLC | | | | | | | | | Water | $ 9.79 |
| 3553 | USPG Portfolio Five LLC | PO Box 64-3906 | | CINCINNATI | OH | 45264-3906 | United States | 866.704.3000 | | Sewer | $ 7.22 |
| | USPG Portfolio Five LLC | | | | | | | | | Water | $ 14.56 |
| 3553 | Utility Billing Services, TN | P.O. Box 31569 | | CLARKSVILLE | TN | 37040 0027 | United States | 800.366.0206 | | Sewer | $ 35.05 |
| | Utility Billing Services, TN | | | | | | | | | Water | $ 74.60 |
| 3553 | Valley Square Owner LLC | PO Box 743908 | | Atlanta | GA | 30374-3908 | United States | 999.999.9999 | | Water | $ 15.66 |
| 3554 | Vectren Energy Delivery/6248 | P.O. Box 6248 | | Indianapolis | IN | 46206-6248 | United States | 800.227.1376 | | Natural Gas | $ 34.73 |
| 3557 | Vectren Energy Delivery/6262 | P.O. Box 6262 | | Indianapolis | IN | 46206-6262 | United States | 800.909.7668 | | Natural Gas | $ 124.20 |
| 3557 | Village of Birch Run, MI | P.O. Box 371 | | Birch Run | MI | 48415 | United States | 989.624.5711 | | Sewer | $ 27.89 |
| | Village of Birch Run, MI | | | | | | | | | Water | $ 64.18 |
| 3558 | Village of Chicago Ridge, IL | 10455 South Ridgeland Avenue | | Chicago Ridge | IL | 60415 | United States | 708.425.7700 | | Sewer | $ 7.64 |
| | Village of Chicago Ridge, IL | | | | | | | | | Water | $ 62.74 |
| 3559 | Village of Greendale, WI | 6500 Northway | | Greendale | WI | 53129-0257 | United States | 414.423.2100 | | Sewer | $ 4.47 |

| | Name | Address | Attn | City | State | Zip | Country | Phone | Ext | Type | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Village of Greendale, WI | | | | | | | | | Water | $ 6.55 |
| 3559 | Village of Norridge, IL | 4000 North Olcott Avenue | Attn: Water Dept | Norridge | IL | 60706-1199 | United States | 708.453.0800 | | Water | $ 53.96 |
| 3560 | Village of Nyack Water Dept., NY | 9 North Broadway | | Nyack | NY | 10960 | United States | 845.358.0641 | | Water | $ 9.60 |
| 3560 | Village of Orland Park, IL | PO Box 74713 | | Chicago | IL | 60694-4713 | United States | 708.403.6175 | | Sewer | $ 2.38 |
| | Village of Orland Park, IL | | | | | | | | | Water | $ 10.30 |
| 3560 | Village of Schaumburg, IL | 101 Schaumburg | Accounts Receivable | Schaumburg | IL | 60193-1899 | United States | 847.895.4500 | | Sewer | $ 2.88 |
| | Village of Schaumburg, IL | | | | | | | | | Water | $ 20.64 |
| 3560 | Virginia American Water Company | PO Box 371880 | | Pittsburgh | PA | 15250-7800 | United States | 703.549.7080 | | Water | $ 146.73 |
| 3561 | VNO 100 West 33rd ST LLC | PO Box 371462 | | Pittsburgh | PA | 15205 | United States | 999.999.9999 | | Electric | $ 2,354.82 |
| 3561 | Vornado Office Mgmt LLC | PO Box 371486 | | Pittsburgh | PA | 15250-7486 | United States | 999.999.9999 | | Electric | $ 19,685.40 |
| 3561 | Walton EMC | PO Box 1347 | | Monroe | GA | 30655-1347 | United States | 866.936.2427 | | Electric | $ 1,695.13 |
| | Walton EMC | | | | | | | | | Natural Gas | $ 164.45 |
| 3564 | Warwick Utility Billing | PO Box 981076 | | BOSTON | MA | 02298-1076 | United States | 401.738.2000 | | Sewer | $ 70.11 |
| | Warwick Utility Billing | | | | | | | | | Water | $ 20.63 |
| 3566 | Washington Gas/37747 | PO BOX 37747 | | Philadelphia | PA | 19101-5047 | United States | 844.927.4427 | 6610 | Natural Gas | $ 528.62 |
| 3566 | WE Energies/Wisconsin Electric/Gas | PO Box 90001 | @ WE Energy | MILWAUKEE | WI | 53290-0001 | United States | 800.714.7777 | 6610 | Electric | $ 688.18 |
| | WE Energies/Wisconsin Electric/Gas | | | | | | | | | Natural Gas | $ 29.45 |
| 3566 | Webb Gin Property (Sub) LLC | PO Box 304 | Dept 5000 | Emerson | NJ | 07630 | United States | 614.289.5800 | | Sewer | $ 7.54 |
| | Webb Gin Property (Sub) LLC | | | | | | | | | Water | $ 11.04 |
| 3566 | Westland Mall Realty LLC | 150 Great Neck Rd, Ste 304 | | Great Neck | NY | 11021 | United States | 999.999.9999 | | Electric | $ 1,410.15 |
| | Westland Mall Realty LLC | | | | | | | | | Water | $ 200.93 |
| 3566 | Westland Realty LLC | PO Box 368 | | Emerson | NJ | 07630 | United States | 999.999.9999 | | Water | $ 57.28 |
| 3567 | WG Park LP | PO BOX 373747 | | Cleveland | OH | 44193 | United States | 814.944.9478 | 7700 | Electric | $ 458.54 |
| 3567 | Whitehall Township Authority | 1901 Schadt Avenue | | Whitehall | PA | 18052-3728 | United States | 610.770.1155 | 7700 | Water | $ 218.37 |
| 3568 | Wright-Hennepin Coop Electric | PO Box 77027 | | Minneapolis | MN | 55480-7727 | United States | 800.943.2667 | | Electric | $ 868.14 |
| 3570 | Xcel Energy | P.O. Box 9477 (2200) | @ Xcel Energy Remit Processin | Minneapolis | MN | 55484-9477 | United States | 800.481.4700 | | Electric | $ 3,693.48 |
| | Xcel Energy | | | | | | | | | Natural Gas | $ 82.10 |
| 3570 | Yes Energy Management/6255 | PO Box 6255 | | Hicksville | NY | 11802-6255 | United States | 999.999.9999 | 201 | Sewer | $ 38.46 |
| 3571 | Yes Energy Management/6255 | PO Box 6255 | | Hicksville | NY | 11802-6255 | United States | 999.999.9999 | | Water | $ 35.69 |
| 3571 | Youngstown Water Dept., OH | P.O. Box 6219 | | Youngstown | OH | 44501 | United States | 330.742.8749 | | Sewer | $ 15.77 |
| | Youngstown Water Dept., OH | | | | | | | | | Water | $ 15.84 |
| 3572 | Zona Rosa - Monarchs Sub, LLC | PO Box 734271 | | Dallas | TX | 75373-4271 | United States | 614.436.6614 | | Water | $ 25.60 |
| | | | | | | | | | | **Total** | **$ 359,730.58** |