# PROPOSED FINAL ORDER

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Stuart Komrower, Esq.
Ryan T. Jareck, Esq.
Matteo W. Percontino, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

In re:

RTW RETAILWINDS, INC., *et al.,*

Debtors.[1]

Chapter 11

Case No. 20-      (      )

Joint Administration Requested

**Hearing Date and Time:**

## FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), AND 503(b) AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR ALL INSURANCE OBLIGATIONS

The relief set forth on the following pages, numbered two (2) through six (6), is hereby **ORDERED**.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

(Page 2)
Debtors:       RTW RETAILWINDS, INC., *et al.*
Case No.       20-_____ (___)
Caption of Order:   FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), and 503(b)
                        AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN
                        THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR
                        ALL INSURANCE OBLIGATIONS

---

Upon the motion (the "**Motion**")[2] of RTW Retailwinds, Inc. and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), pursuant to sections 105(a), 363(b), and 503(b) of title 11 of the Bankruptcy Code, for entry of an Order authorizing the Debtors to continue to maintain their Insurance Policies and Programs and honor all Insurance Obligations, as more fully set forth in the Motion; and the Court having jurisdiction to decide the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(a)-(b) and 1334(b); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice of the Motion need be provided; and the Court having held hearings to consider the relief requested in the Motion on an interim (the "**Interim Hearing**") and final basis (the "**Final Hearing**"), and the Court having entered an order granting the relief requested in the Motion on an interim basis; and upon the *Declaration of Robert Shapiro in Support of Debtors' Chapter 11 Petitions and First Day Pleadings* filed contemporaneously with the Motion, the record of the Interim Hearing and the Final Hearing, and all of the proceedings had

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

(Page 3)
Debtors:            RTW RETAILWINDS, INC., *et al.*
Case No.            20-_____ (___)
Caption of Order:   FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), and 503(b)
                    AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN
                    THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR
                    ALL INSURANCE OBLIGATIONS

before the Court; and the Court having found and determined that the relief sought in the Motion

and granted herein is in the best interests of the Debtors, their respective estates and creditors, and

all parties-in-interest, and that the legal and factual bases set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is **GRANTED** on a final basis.

2.      The Debtors are authorized, but not directed, pursuant to sections 105(a), 363(b),

and 503(b) of the Bankruptcy Code, to maintain, renew, and continue, in accordance with

practices and procedures that were in effect before the commencement of these chapter 11 cases,

(i) the Insurance Policies and Programs and (ii) any collateral or other security related to the

Insurance Policies and Programs.

3.      The Debtors are further authorized, but not directed, pursuant to sections 105(a),

363(b), and 503(b) of the Bankruptcy Code, to pay, in the ordinary course of business and not on

an accelerated basis, all Insurance Obligations relating to the Insurance Policies and Programs or

any new Insurance Policies and Programs, whether or not such Insurance Policies and Programs

are listed on **Exhibit 1** hereto (including, without limitation, amounts owed to the Insurance

Service Providers and Assessments, Broker's Fees, taxes or other fees arising under or relating to

(Page 4)
Debtors:           RTW RETAILWINDS, INC., *et al*.
Case No.           20-_____ (___)
Caption of Order:  FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), and 503(b)
                   AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN
                   THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR
                   ALL INSURANCE OBLIGATIONS

the Insurance Policies and Programs, regardless of whether accruing or relating to the period

before or after the Petition Date).

4.      The Debtors are further authorized, but not directed, to revise, extend,

supplement, and/or modify their insurance coverage as needed, including without limitation,

through the revision, modification, purchase, or renewal of new or existing insurance policies.

5.      To the extent the Debtors subsequently become aware of additional Insurance

Policies and Programs that have not previously been disclosed, or to the extent the Debtors enter

into new Insurance Policies and Programs, the Debtors shall disclose these additional Insurance

Policies and Programs to the U.S. Trustee and the professional advisors to any official creditors'

committee(s) appointed in these chapter 11 cases.

6.      In accordance with this Final Order (or any other order of this Court), each of the

financial institutions at which the Debtors maintain their accounts relating to the payment of the

Insurance Obligations described in the Motion is authorized and directed to (i) receive, process,

honor, and pay all checks presented for payment and to honor all fund transfer requests made by

the Debtors related thereto, to the extent that sufficient funds are on deposit in those accounts

and (ii) accept and rely on all representations made by the Debtors with respect to which checks,

drafts, wires, or automated clearing house transfers should be honored or dishonored in

accordance with this or any other order of this Court, whether such checks, drafts, wires, or

60917/0001-20081125v1

(Page 5)
Debtors:          RTW RETAILWINDS, INC., *et al*.
Case No.          20-_____ (___)
Caption of Order: FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), and 503(b)
                  AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN
                  THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR
                  ALL INSURANCE OBLIGATIONS

transfers are dated prior to, on, or subsequent to the Petition Date, without any duty to inquire otherwise.

7.      The Debtors are authorized, but not directed, to issue new post-petition checks, or effect new electronic funds transfers, on account of pre-petition Insurance Obligations to replace any pre-petition checks or electronic fund transfer requests that may be lost or dishonored or rejected as a result of the commencement of the Debtors' chapter 11 cases.

8.      Any payment made or to-be-made under this Final Order, and any authorization contained in this Final Order, shall be subject to the terms of any orders authorizing the use of cash collateral entered by this Court in these chapter 11 cases.

9.      Except for those rights expressly granted in this Final Order, nothing contained in the Motion or this Final Order or any payment made pursuant to the authority granted by this Final Order is intended to be or shall be construed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver of the Debtors' or any party-in-interest's rights to dispute any claim, or (iii) an approval or assumption of any agreement, contract, program, policy, or lease under section 365 of the Bankruptcy Code.

10.     Except for those rights expressly granted in this Final Order, nothing herein shall create, or is intended to create, any rights in favor of or enhance the status of any claim held by any claimant.

60917/0001-20081125v1

(Page 6)
Debtors:           RTW RETAILWINDS, INC., *et al*.
Case No.           20-_____ (___)
Caption of Order:  FINAL ORDER PURSUANT 11 U.S.C. §§ 105(a), 363(b), and 503(b)
                   AUTHORIZING DEBTORS TO (I) CONTINUE AND MAINTAIN
                   THEIR INSURANCE POLICIES AND PROGRAMS, AND (II) HONOR
                   ALL INSURANCE OBLIGATIONS

11.     Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final

Order shall be immediately effective and enforceable upon its entry.

12.     The Debtors are authorized to take all action necessary to carry out this Final

Order.

13.     This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation and/or enforcement of this Final Order.

**EXHIBIT 1**

# SCHEDULE OF INSURANCE

20-Feb-20

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Auto | 11/27/2020 | 13 AB S14902 | Hartford Fire Insurance Company | NIA / MARSH | 45,950.00 | 1,000,000 | ☐ | Combined Single Limit |
| Policy Code: 35302 | | | | | | 1,000,000 | ☐ | Un/Underinsured Motorist |
| | | | | | | 1,000,000 | ☐ | Hired & Non-Owned Liability |
| | | | | | | 5,000 | ☐ | Medical Pay Per Person |
| | | | | | | 100,000 | ☐ | Hired Car Physical Damage Limit |
| | | | | | | 1,000 | ☐ | Deductible (Comprehensive/Collision) |
| | | | | | | $50 / 30 / 1,500 | ☐ | Rental Reimbursement |

**Comments**  BINDER
Auto: 43 Vehicles
Marsh Service Fee:  Auto/WC $40,000

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Crime | 11/27/2020 | 106416623 | St. Paul Fire & Marine Insurance Company | ARC Excess & Surplus | 14,909.00 | 2,500,000 | ☐ | Employee Theft or Forgery |
| | | | | | | 25,000 | ☐ | Social Engineering Deductible |
| Policy Code: 35498 | | | | | | 2,500,000 | ☐ | Client Property |
| | | | | | | 2,500,000 | ☐ | Premises |
| | | | | | | 2,500,000 | ☐ | Transit |
| | | | | | | 2,500,000 | ☐ | Forgery |
| | | | | | | 2,500,000 | ☐ | Computer Crime |
| | | | | | | 2,500,000 | ☐ | Restoration Costs |
| | | | | | | 2,500,000 | ☐ | Employee Welfare & Pension Benefit |
| | | | | | | 2,500,000 | ☐ | Money Orders and Counterfeit Paper |
| | | | | | | 2,500,000 | ☐ | Funds Transfer Fraud |
| | | | | | | 2,500,000 | ☐ | Credit Card Forgery |
| | | | | | | 25,000 | ☐ | Claims Expense |
| | | | | | | 250,000 | ☐ | Social Engineering |
| | | | | | | 50,000 | ☐ | Deductible |
| | | | | | | 1,000 | ☐ | Money Orders & Credit Card Forgery |
| | | | | | | 0 | ☐ | |
| | | | | | | 2,500,000 | ☐ | Employee Theft or Forgery |
| | | | | | | 2,500,000 | ☐ | Client Property |
| | | | | | | 2,500,000 | ☐ | Premises |
| | | | | | | 2,500,000 | ☐ | Transit |
| | | | | | | 2,500,000 | ☐ | Forgery |
| | | | | | | 2,500,000 | ☐ | Computer Crime |
| | | | | | | 2,500,000 | ☐ | Restoration Costs |
| | | | | | | 2,500,000 | ☐ | Employee Welfare & Pension Benefit |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 2,500,000 | ☐ | Money Orders and Counterfeit Paper |
| | | | | | | 2,500,000 | ☐ | Funds Transfer Fraud |
| | | | | | | 2,500,000 | ☐ | Credit Card Forgery |
| | | | | | | 25,000 | ☐ | Claims Expense |
| | | | | | | 50,000 | ☐ | Deductible |
| | | | | | | 1,000 | ☐ | Money Orders & Credit Card Forgery |

**Comments** BINDER

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Crime - Excess | 11/1/2020 | XSC 2346172 10 00 | Great American | ARC Excess & Surplus | 7,425.00 | 2,500,000 | ☐ | xs $2,500,000 |

Policy Code: 35499

**Comments** BINDER

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:**    **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Cyber Liability | 8/9/2021 | 0312-2248 | Allied | ARC Exces & Surplus | 198,026.00 | $10,000,000 | ☐ | Aggregate for all coverages combined including expenses |
| Policy Code: 35548 | | | | | | $10,000,000 | ☐ | Breach Consultation |
| | | | | | | $10,000,000 | ☐ | Data Forensics |
| | | | | | | $10,000,000 | ☐ | Public Relations |
| | | | | | | $10,000,000 | ☐ | PCI Expenses |
| | | | | | | $10,000,000 | ☐ | Network Extortion Coverage |
| | | | | | | $250,000 | ☐ | Cyber Crime Coverage |
| | | | | | | $250,000 | ☐ | Social Engineering Fraud |
| | | | | | | $250,000 | ☐ | Telecommunications Fraud |
| | | | | | | $250,000 | ☐ | Funds Transfer Fraud |
| | | | | | | $10,000,000 | ☐ | Data Restoration Coverage |
| | | | | | | $10,000,000 | ☐ | Business Interruption and Extra Expense |
| | | | | | | 8 Hr | ☐ | Waiting Period BI |
| | | | | | | $10,000,000 | ☐ | Contingent Business Interruption |
| | | | | | | $10,000,000 | ☐ | Reputational Harm |
| | | | | | | | ☐ | Bricking Endorsement Added |
| | | | | | | $100,000 | ☐ | Retention: Each and every claim ncluding claim expenses |
| | | | | | | | ☐ | FULL PRIOR ACTS |

**Comments**    BINDER
Premium Includes Taxes, Fees and Surcharges
18 Month Policy

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Cyber Liability - Excess 1st Layer | 8/9/2021 | 1000634200201 | Starr Insurance Co. | ARC Exces & Surplus | 127,160.00 | $10,000,000 | ☐ | Aggregate |
| Policy Code: 35549 | | | | | | | | |

| **Comments** | BINDER |
|---|---|
| | Premium includes taxes, fees and surcharges |
| | 18 Month Policy |

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| D&O | 11/27/2020 | DOL7345550 | Great American | ARC Excess & Surplus | 90,000.00 | 5,000,000 | ☐ | Aggregate Limit |
| Policy Code: 35500 | | | | | | 250,000 | ☐ | Shareholder Derivative Demand Sublimit |
| | | | | | | 250,000 | ☐ | Retention - Insuring Agreement B |
| | | | | | | 500,000 | ☐ | Retention - Insuring Agreement C |
| | | | | | | 5,000 | ☐ | Retention Insuring Agreement A (Per Person) |
| | | | | | | 50,000 | ☐ | Insuring Agreement A, All Insured Person's Ea Claim |
| | | | | | | 500,000 | ☐ | M&A Retention |
| | | | | | | 11/27/02 | ☐ | Prior & Pending |

| **Comments** | BINDER |
|---|---|
| | Prior and Pending Date - 11/27/02 |

**Some policy premiums are estimates as they are auditable.**

**This schedule is only a summary. For exact coverage and exclusions your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

**20-Feb-20**

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| D&O - Excess 1st Layer | 11/27/2020 | MKX4244519-0 | Argonaut | ARC Exces & Surplus | 75,000.00 | 5,000,000 | ☐ | xs $5,000,000 |
| | | | | | | 11/27/02 | ☐ | Prior & Pending |
| Policy Code: 35501 | | | | | | | | |
| **Comments** BINDER | | | | | | | | |
| D&O - Excess 2nd Layer | 11/27/2020 | ELU165146-19 | XL | ARC Excess & Surplus | 60,000.00 | 5,000,000 | ☐ | xs $10,000,000 |
| Policy Code: 35502 | | | | | | | | |
| **Comments** BINDER | | | | | | | | |
| D&O - Excess 3rd Layer | 11/27/2020 | EXNCUA10334-00 | Canopius | ARC Excess & Surplus | 50,000.00 | 5,000,000 | ☐ | xs $15,000,000 |
| | | | | | | 11/27/02 | ☐ | Pending & Prior |
| Policy Code: 35503 | | | | | | | | |
| **Comments** BINDER | | | | | | | | |
| D&O - Excess 4th Layer | 11/27/2020 | R5G2310070609 | RSUI | ARC | 45,000.00 | 5,000,000 | ☐ | XS $20,000,000 |
| Policy Code: 35504 | | | | | | | | |
| **Comments** BINDER | | | | | | | | |

Some policy premiums are estimates as they are auditable.
This schedule is only a summary. For exact coverage and exclusions
your individual policies must be referred to.

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

20-Feb-20

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| D&O - Excess 5th Layer<br>Policy Code: 35505 | 11/27/2020 | ADL30001377500 | Endurance American Insurance Co. | ARC | 22,500.00 | 5,000,000 | ☐ | XS 25,000,000 |
| **Comments** BINDER | | | | | | | | |
| D&O - Excess 6th Layer<br>Policy Code: 35506 | 11/27/2020 | USF00224519 | Allianz | ARC | 20,000.00 | 5,000,000 | ☐ | XS $30,000,000 Side A |
| **Comments** BINDER | | | | | | | | |
| Employment Practices Liability<br>Policy Code: 35544 | 11/27/2020 | 03-979-68-43 | AIG | ARC Excess & Surplus | 95,060.00 | 10,000,000 | ☐ | Aggregate Limit |
| | | | | | | 500,000 | ☐ | Retention-Class action/third party all other loss |
| | | | | | | 500,000 | ☐ | Third Party Retention |
| | | | | | | 500,000 | ☐ | All Other Losses |
| **Comments** BINDER | | | | | | | | |

**Some policy premiums are estimates as they are auditable.**

**This schedule is only a summary. For exact coverage and exclusions your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

20-Feb-20

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Fiduciary Liability | 11/27/2020 | V2540E190201 | | ARC Excess & Surplus | 15,833.00 | 5,500,000 | ☐ | Aggregate Limit |
| | | | | | | 10,000 | ☐ | Retention - Each Claim |
| Policy Code: 35545 | | | | | | 0 | ☐ | Additional Defense Limit |

**Comments** BINDER

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| General Liability | 11/27/2020 | P-1000100098191 | Starc | Insurance Office of America | 1,036,710.00 | 2,000,000 | ☐ | General Aggregate Per Location |
| | | | | | | 2,000,000 | ☐ | Products/ Completed Operations Aggregate |
| Policy Code: 35546 | | | | | | 1,000,000 | ☐ | Personal & Advertising Injury |
| | | | | | | 1,000,000 | ☐ | Each Occurrence |
| | | | | | | 1,000,000 | ☐ | Damages to Premises Rented to You |
| | | | | | | 5,000 | ☐ | Medical Payment |
| | | | | | | 1,000,000/ 2,000,000 | ☐ | Employee Benefits Liability (1,000 Deductible) |
| | | | | | | N/A | ☐ | No Retro Date |
| | | | | | | | ☐ | Per Location Aggregate |
| | | | | | | 25,000,000 | ☐ | Total Policy General Aggregate ($2,000,000 pe Location Agg) |

**Comments** BINDER
Exposure $857,155,000
Premium includes TRIA of $30,989
IOA Fee: $45,000 (not included in premium)
Willis Claim Handling Fee $30,000 (not included in premium)

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Kidnap & Ransom | 11/27/2022 | U716-86159 | Tokio Marine | AMWINS Brokerage of NJ | 3,000.00 | 1,000,000 | ☐ | Each Loss (Kidnap, Extorsion, Detection) |
| Policy Code: 35547 | | | | | | 250,000 | ☐ | Death or Dismemberment Per Person |
| | | | | | | 1,250,000 | ☐ | Death or Dismemberment Per Incident - Aggreg |
| | | | | | | Nil | ☐ | Retention |

| **Comments** | POLICY |
|---|---|
| | Three Year Policy |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE  OF  INSURANCE

20-Feb-20

**CLIENT NAME:**   RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Property/B&M | 11/27/2020 | NAP 200221800 | Zurich | MARSH | 461,775.00 | 1,000,000 | ☐ | Flood - All locations except: |
| Policy Code: 35436 | | | | | | 5% TIV/500,000 Minimum | ☐ | Flood - Zone A, V or Zones prefixed A, V - NF Maximum |
| | | | | | | 5% TIV/100,000 Minimum | ☐ | Flood Zone B or Zone X |
| | | | | | | 100,000 | ☐ | Named Windstorm - All locations except |
| | | | | | | 5% TIV each location/250,000 Minimum | ☐ | Named Windstorm - High Hazard Wind Counties - 5% |
| | | | | | | 2% TIV each location/250,000 Minimum | ☐ | Named Windstorm - CT/DE/MD/MA/NJ/NY/R see counties in policy |
| | | | | | | 100,000 | ☐ | Wind or Hail - other than Named Storm |
| | | | | | | 100,000 | ☐ | Boiler & machinery - Direct Damage |
| | | | | | | No Waiting Period 24 Hour Off Premise Power | ☐ | Boiler & Machinery - BI & RI - Time Element Waiting Period |
| | | | | | | 24 Hours | ☐ | Utility Services - Direct Damage - Including B& |
| | | | | | | 24 Hours | ☐ | Uitlity Services - Time Element - Including B& |
| | | | | | | 50,000,000 | ☐ | Loss Limit of Insurance - Policy Limit |
| | | | | | | Not Covered | ☐ | Stock & Stock in Transit |
| | | | | | | True Blanket limit | ☐ | Maximum Location Limit of individually Stated Value |
| | | | | | | 50,000,000 | ☐ | Building & Personal Property - Blanket Limit |
| | | | | | | 10,000,000 | ☐ | Dependent Business Premises - Dependent Properties unnamed |
| | | | | | | 10,000,000 | ☐ | Extra Expenses |
| | | | | | | Included | ☐ | Equipment Breakdown - Biler and Machinery |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 25,000,000 | ☐ | Earthquake Aggregate - All Locations Except: |
| | | | | | | 25,000,000 | ☐ | Earthquake Aggregate - California, Alaska, Hawaii, Puerto Rico |
| | | | | | | 25,000,000 | ☐ | Earthquake Aggregate - High Hazard Counties/Pacific Northwest |
| | | | | | | 25,000,000 | ☐ | Earthquake Aggregate - Moderate Hazard Counties |
| | | | | | | | ☐ | Earthquake - Newly Acquired Properties, Error and Omissions, Exhibitions, Expositions, Fairs,Trade Shows, Miscellanious Unnamed Locations |
| | | | | | | 25,000,000 | ☐ | Flood Aggregate - All Locations except: |
| | | | | | | 10,000,000 | ☐ | Flood - High Hazard Zones |
| | | | | | | | ☐ | Flood - Newly Acquired Properties, Errors and Omissions, Exhibitions, Expositions, Fairs, Trade Shows, Miscellanious Unnamed Locations |
| | | | | | | Included in the Definition of Flood | ☐ | Back up of Sewers and Drains |
| | | | | | | 50,000,000 | ☐ | Named Windstorm |
| | | | | | | 50,000,000 | ☐ | Named Windstorm - Newly Acquired Propertie Errors and Omissions, Exhibitions, Expositions Fairs, Trade Shows, Miscellanious Unnamed Locations |
| | | | | | | 5,000,000 | ☐ | Accounts Receivable |
| | | | | | | 10,000,000 not to exceed 30 days | ☐ | Civil Authorities |
| | | | | | | 100,000 | ☐ | Debris Removal - Covered Location |
| | | | | | | | ☐ | Demolition and Increased Cost of Construction |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 1,000,000 | ☐ | Undamaged Portion |
| | | | | | | Included | ☐ | Demolition |
| | | | | | | 1,000,000 | ☐ | Compliance with Law - Increased Cost of Construction |
| | | | | | | 100,000 | ☐ | Electronic Data and Media - Physical Loss or Damage |
| | | | | | | 1,000,000 | ☐ | Errors and Omissions |
| | | | | | | 500,000 | ☐ | Expediting Expenses - Boiler & Machinery, any one occurrence |
| | | | | | | 365 Days | ☐ | Extended Period of Indemnity |
| | | | | | | 100,000 | ☐ | Fine Arts - maximum per item of $1,000 |
| | | | | | | 500,000 | ☐ | Fungus, Mold or Mildew - Ensuing Loss only |
| | | | | | | 500,000 | ☐ | Fungus, Mold or Mildew - Any & All Other Damage Aggregate |
| | | | | | | 10,000,000 or 30 Days | ☐ | Ingress and Egress - Dollar Limit |
| | | | | | | 1 Mile | ☐ | Ingress and Egress - Distance Limit |
| | | | | | | 10,000,000 or 30 Days | ☐ | Ingress and Egress Time limit in Consecutive d |
| | | | | | | 10,000,000 | ☐ | New Acquired Locations Limit - Excludes Nam Windstorm |
| | | | | | | 10,000,000 | ☐ | Unscheduled Locations |
| | | | | | | 30 days/100,000 | ☐ | Ordinary Payroll days limit |
| | | | | | | 500,000 | ☐ | Personal Property in Transit |
| | | | | | | 500,000 | ☐ | Polutant clean-up or removal - aggregate |
| | | | | | | 500,000 | ☐ | Trees, Shrubs, Plants & Lawns (Per Item) |
| | | | | | | 10,000,000 | ☐ | Utility Service Interruption - Direct Damage - C Premises |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE  OF  INSURANCE

**20-Feb-20**

**CLIENT NAME:**     **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 24 Hour Waiting Period | ☐ | Utility Service Interruption - Time Element |
| | | | | | | 10,000,000 | ☐ | Valuable Papers & Records |
| | | | | | | Agreed Amount | ☐ | Valuation |
| | | | | | | 365 Days | ☐ | Extended Period of Indemnity or Rental Value |
| | | | | | | 10,000,000 | ☐ | Newly Acquired Premises - Business Income fc 120 Days |
| | | | | | | | ☐ | Biler & Machinery - Equipment Brdkn Sub-Lin |
| | | | | | | 50,000,000 | ☐ | Boiler & Machinery / Equipment Breakdown L |
| | | | | | | Included | ☐ | Business Interruption - Property Damage |
| | | | | | | Included | ☐ | Business Interruption - Extra Expense |
| | | | | | | Included | ☐ | Business Income or Rental Value |
| | | | | | | | ☐ | Hazardous Substance |
| | | | | | | 2%/100,000,000 | ☐ | Ammonia Contamination |
| | | | | | | | ☐ | Any other Substance |
| | | | | | | | ☐ | Consequential Damage |
| | | | | | | | ☐ | Expediting Expenses |
| | | | | | | | ☐ | Fungus, Wet Rot and Dry Rot - DIRECT DAMAGE |
| | | | | | | | ☐ | Fungus, Wet Rot and Dry Rot - Business Incom Rental Value and Extra Expense - 30 Days |
| | | | | | | | ☐ | Water Damage |
| | | | | | | | ☐ | Property Deductibles and Waiting periods |
| | | | | | | 100,000 | ☐ | All Losses, Except |
| | | | | | | 100,000 | ☐ | Water Damage |
| | | | | | | No Waiting Period | ☐ | Business Income - Time Element - Waiting Per |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

**CLIENT NAME:**   **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ | Extra Expense - Time Element - Waiting Period |
| | | | | | | 100,000 | ☐ | Earthquake - All Locations Except: |
| | | | | | | 5% TIV each Location/250,00 0 Minimum | ☐ | Earthquake - California - applies per Unit - 5% |
| | | | | | | 5% TIV each location/250,000 Minimum | ☐ | Earthquake - High Hazard Counties - minimum dollar amount |
| | | | | | | 2% TIV each location /250,000 minimum | ☐ | Earthquake - High Hazard Counties - Percent amount |
| | | | | | | 100,000 | ☐ | Earthquake - Moderate Hazard Counties - Minimum Dollar Amount |

**Comments**   BINDER
Package Includes: Property & Bolier Machine
TIV: $375,476,741
Property Damage: $327,508,741
Time Element: $47,968,741
Surcharges: $616.08 (not included in above Premium)

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:**     **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Stock Throughput | 11/27/2020 | MAISCNY115265 19 | Starr Indemnity & Liability | Frenkel & Co., Inc. | 480,500.00 | 15,000,000 | ☐ | CAL Quake Aggregate |
| Policy Code: 34490 | | | | | | 1,000,000 | ☐ | Unnamed Domestic Storage Locations |
| | | | | | | 500,000 | ☐ | Unnamed Domestic Retail Locations |
| | | | | | | Cost x 2.44 | ☐ | Valuation |
| | | | | | | 25,000 | ☐ | Deductible -Transit |
| | | | | | | 35,000 | ☐ | Deductible - Warehouse |
| | | | | | | 75,000 | ☐ | Deductible - Water Damage |
| | | | | | | 100,000 | ☐ | Deductible - Distribution Center |
| | | | | | | 100,000 | ☐ | Deductible Flood / Windstorm/Quake |
| | | | | | | 18,000,000 | ☐ | Per any One Conveyance DC |
| | | | | | | 20,000,000 | ☐ | Colombus, OH |
| | | | | | | 20,000,000 | ☐ | Martinsville, VA |

**Comments**   POLICY
Premium includes TRIA
Profit Sharing
18-Month Policy

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Stock Throughput - Excess | 11/27/2020 | TBD | Lloyds | Frenkel & Co., Inc. | 75,000.00 | $42,000,000 | ☐ | XS $20,000,000 |
| Policy Code: 34709 | | | | | | | | |

**Comments**   12 month policy awaiting correction to 18 months

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

# SCHEDULE OF INSURANCE

20-Feb-20

**CLIENT NAME:** **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Travel Accident | 2/27/2021 | GTP9129095-A | Chartis (AIG) | Hugh Wood | 18,350.00 | 2,000,000 | ☐ | Principal Sum |
| Policy Code: 28131 | | | | | | 50,000 | ☐ | Class 2 - Spouse |
| | | | | | | 25,000 | ☐ | Class - Children |
| | | | | | | 20,000,000 | ☐ | Aggreate Limit |

**Comments** Three Year Policy
Includes policy holder aircraft
pilot, crew, passengers

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Umbrella | 11/27/2020 | UMB9999766 | Great American | Sterling & Sterling | 64,955.00 | 25,000,000 | ☐ | Policy Limit |
| Policy Code: 35303 | | | | | | 10,000 | ☐ | SIR |

**Comments** BINDER
Premium Does Not Includes Fee of $3,000.
Total Umbrella - $94,184

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Umbrella - Excess 1st | 11/27/2020 | SHX00015412240 | Firemans Fund | Sterling & Sterling | 22,987.00 | 25,000,000 | ☐ | xs $25,000,000 |
| Policy Code: 35304 | | | | | | | ☐ | |

**Comments** POLICY

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** RTW RETAILWINDS, INC

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Umbrella - Excess 2nd | 11/27/2020 | SHX00015412240 | Firemans Fund | Sterling & Sterling | | 25,000,000 | ☐ | xs $50,000,000 |
| Policy Code: 35305 | | | | | | | | |
| **Comments** | BINDER<br>Included in Umbrella Excess 1st | | | | | | | |
| Umbrella - Excess 3rd Layer | 11/1/2020 | 1000332602-01 | Liberty Insurance | Sterling & Sterling | 3,248.00 | 25,000,000 | ☐ | XS $75,000,000 |
| Policy Code: 35306 | | | | | | | | |
| **Comments** | BINDER | | | | | | | |
| Utility Bond | 2/26/2014 | 13BSBEL0446 | Hartford Fire Insurance Company | NIA / MARSH | 1,462.00 | 73,110 | ☐ | Bond Limit |
| Policy Code: 22006 | | | | | | | | |
| **Comments** | Electric Utility Bond for Tampa, FL<br>Florida Power & Light Company<br>Premium Does Not Include $19.01 of Surcharge | | | | | | | |

**Some policy premiums are estimates as they are auditable.**

**This schedule is only a summary. For exact coverage and exclusions your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Utility Bond<br>Policy Code: 23215 | 10/15/2014 | 13BSBFW0279 | Hartford Fire Insurance Company | NIA / MARSH | 1,323.00 | TBD | ☐ | Bond Limit |

**Comments**  Obligee:  Southern California Edison Co

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Utility Bond<br>Policy Code: 23214 | 11/26/2014 | 13BSBFW8550 | Hartford Fire Insurance Company | NIA / MARSH | 392.00 | 19,600 | ☐ | Bond Limit |

**Comments**  Utility Bond for Lerner, New York - Tampa Electric Company

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| WC - NY<br>Policy Code: 27789 | 1/1/2020 | Z1405-620-4 | New York State Fund | Retail Council of NYS Inc. | 338,744.00 | 1,000,000 | ☐ | Bodily Injury by Accident |
| | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Policy Limit |
| | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Each Employee |

**Comments**  Policy
Policy Includes TRIA:  $42,029

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**

**CLIENT NAME:** **RTW RETAILWINDS, INC**

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium( USD ) | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Workers' Compensation - AOS | 11/27/2020 | 13WNS14900 | Hartford | MARSH | 308,775.00 | 1,000,000 | ☐ | Bodily Injury by Accident |
| | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Policy Limit |
| | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Each Employee |
| Policy Code: 35307 | | | | | | 250,000 | ☐ | WC Deductible |
| | | | | | | 2,250,000 | ☐ | Aggregate Stop Loss |

**Comments** BINDER
Payrolls: $83,615,000

| Type of Ins. | Exp. Date | Policy No. | Insurance Co | Broker | Premium | Limits | Ded | Coverage/Deductible |
|---|---|---|---|---|---|---|---|---|
| Workers Compensation - WI | 11/27/2020 | 13 WBR S14901 | Hartford | MARSH | 7,766.00 | 1,000,000 | ☐ | Bodily Injury by Accident |
| | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Policy Limit |
| Policy Code: 35308 | | | | | | 1,000,000 | ☐ | Bodily Injury by Disease, Each Employee |

**Comments** BINDER

| | | |
|---|---|---|
| **Total Premium for SubClient-** | | 3,691,850.00 |

**Some policy premiums are estimates as they are auditable.**
**This schedule is only a summary. For exact coverage and exclusions**
**your individual policies must be referred to.**

**Prepared by UIC, Inc.**