# EXHIBIT A

**Bank Accounts**

# LERNER NEW YORK – BANK ACCOUNTS

**Bank Account Contact Information**
**CORPORATE BANK ACCOUNTS**

| Bank Name | Bank Address | Contact Person | Phone Number | Account Number | Type of Account |
|---|---|---|---|---|---|
| The Bank of New York | 101 Barclay Street - 19 W, New York, NY 10286 | Susan Maxon / Philip Seifert | 973-357-7501 | #▇▇▇3627 | Lerner New York Accounts Payable |
| The Bank of New York | | | 412-234-6563 | #▇▇▇3742 | Lerner New York Payroll |
| The Bank of New York | | | | #▇▇▇6174 | NY&CO Group Payroll |
| The Bank of New York | | | | #▇▇▇6182 | NY&CO Group Accounts Payable |
| The Bank of New York | | | | #▇▇▇4560 | NY&CO Group Master Account |
| Wells Fargo/Wachovia | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina 28288-1003 | Shakeesha Gilliard | 704-444-6010 | #▇▇▇8598 | Lerner New York Concentration |
| Huntington | 41 South High Street - Columbus, OH 43215 | Terri Johnson | 614-480-4286 | #▇▇▇9543 | Tax Payment |
| Bank of America Merrill Lynch | 170 Parkway West Suite 180 Duncan, SC 29334 | Customer Service | 888-400-9009 | #▇▇▇3548 | UnitedHealth Medical Claims Escrow Account |
| Bank of America Merrill Lynch | | Customer Service | 888-400-9009 | #▇▇▇2684 | UnitedHealth FSA/CERA Escrow Account |
| Chase Metlife | Church Street Station - PO Box 932- New York, NY 10008-0932 | | 718-242-3488 | #▇▇▇9377 | Metlife Dental Medical Claims Escrow Account |
| PNC | Grant Thornton LLP 171 North Clark, Suite 200<br>Chicago, IL 60601 | Donald L. Lippert, Jr. | 312-602-8042 | ▇▇▇8145 | LLC Escrow Account |

**STORE DEPOSITORY ACCOUNTS**

| Bank Name | Bank Address | Contact Person | Phone Number | Account Number | Type of Account |
|---|---|---|---|---|---|
| Bank of America | Bank of America Plaza, Darlene Hackermack TX -492-07-14<br>901 Main Street<br>Dallas, TX 75202-3714 | Lisa Sharp | 888-715-1000 ext.50118 | ▇▇▇5656 | Consolidated |
| BB&T | 200 West Second Street<br>Winston-Salem, NC 27101 | Mary Long | 410-860-1904 | ▇▇▇4389 | Consolidated |
| Capital One | 313 Carondelet St, New Orleans, LA 70130 | Tammy Pratts | 504-533-2905 | ▇▇▇0668 | Consolidated |
| JP Morgan Chase | 1 Chase Manhattan Plaza 8th floor, NY1-A174<br>NY, NY 10005 | Sharon Sellers-Smith | | ▇▇▇7656 | Consolidated |
| Citizens | 2039 E. Lincoln Highway Langhorne, PA 19047 | Elizabeth Wrenn | 401-260-2395 | ▇▇▇6664 | Consolidated |
| Comerica | 500 Woodward Avenue, 9th Floor<br>Detroit, MI 48226 | | 800-852-3649 | ▇▇▇3651 | Consolidated |
| Fifth Third | 142 W 57th Street, Suite 1600 New York, NY 10019 | Nadia Nammari<br>Brian Doring<br>Todd Robinson | 708-442-3500<br>704-688-1523 | ▇▇▇1926 | Consolidated |

| Bank | Address | Contact | Phone | Account | Status |
|---|---|---|---|---|---|
| First Tennessee | 401 S. Mt. Juliet Road #133<br>Mt. Juliet, TN 37122<br>615-758-8770 | Regina Anderson | | ▮▮▮▮0076 | Consolidated |
| Huntington | 41 South High Street - Columbus, OH 43215 | Veronica Ward | 248-228-1687 | ▮▮▮▮8450 | Consolidated |
| Key Bank | 127 Public Square<br>Mail Code 0H-01-270621<br>Cleveland, OH 44114 | Cindy Swank | 216-689-3516 | ▮▮▮▮7448 | Consolidated |
| M&T Bank | 2100 Park Street<br>Syracuse, NY 13208 | Katrina Patrick | 315-474-2280 | ▮▮▮▮3874 | Consolidated |
| PNC | PNC Bank<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | Patricia A. Vetrano | 732-220-3014 | ▮▮▮▮5872 | Consolidated |
| Regions | 2050 Parkway Office Circle | Hoover, Al 35244-1805 | Jerry Warnock | 205-766-5193 | ▮▮▮▮0188 | Consolidated |
| Santandar | 2655 Richmond Avenue  Staten Island, NY  10314 | | 718-370-3623 | ▮▮▮▮8378 | Consolidated |
| IBC | 3817 NW Expressway, Suite 100<br>Oklahoma City, OK 73112 | Herschel Hibbard | 405-841-8952 | ▮▮▮▮3671 | Consolidated |
| US Bank | US Bank<br>Treasury Management EX-MA-Fed<br>1 Federal Street<br>Boston, MA 02110 | Julie Goeke | 513-632-4726 | ▮▮▮▮0741 | Consolidated |
| TD BANK NORTH | Deposit Operations<br>P.O. Box 1377<br>Lewiston, Maine 04243-1377 | Denise McCabe | 603-222-9653 | ▮▮▮▮8323 | Consolidated |
| Wells Fargo | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina  28288-1003 | Shakeesha Gilliard | 704- 444-6010 | ▮▮▮▮5582 | Consolidated |
| Wells Fargo (previously Wachovia) | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina  28288-1003 | Shakeesha Gilliard | 704-444-6010 | ▮▮▮▮2659 | Consolidated |
| Key Bank (previously First Niagara Bank) | 127 Public Square<br>Mail Code 0H-01-270621<br>Cleveland, OH 44114 | Cindy Swank | 216-689-3516 | ▮▮▮▮2411 | Consolidated |
| SIGNATURE BANK | 565 Fifth Avenue (at East 46th Street 12th Floor)<br>New York, NY 10017 | John Kourkoutis | 646-981-2441 | ▮▮▮▮6428 | Consolidated |
| HARRIS BANK | P.O. Box 94033<br>Palatine, IL 60094-4033 | | 888-340-2265 | ▮▮▮▮0068 | Outlier |

| Bank | Address | Contact | Phone | Account | Type |
|---|---|---|---|---|---|
| CAPITAL CITY BANK | P.O. Box 900<br>Tallahassee, FL 32302-0900 | Brittni Jones | 478-738-6143<br>888-671-0400 | ▮2301 | Outlier |
| Citizens Bank & Trust | P.O.Box 50<br>Chillicothe, MO 64601 | Jacob Sherman | 816-505-7001 | ▮5640 | Outlier |
| NBT BANK | P.O. Box 351<br>Norwich, NY 13815-0351 | | 800-628-2265 | ▮2466 | Outlier |
| Plains Capital Bank | 6002 Slide Road, Suite B-21<br>Lubbock, TX 79414 | Hunter Christian | 806-472-2361 | ▮4360 | Outlier |
| Sumner Bank and Trust | 255 Indian Lake Blvd.<br>Hendesonville, TN 37075 | Sharlene Peladeau | 866-762-8392 | ▮5941 | Outlier |
| Wells Fargo | 420 Montgomery Street<br>San Francisco, CA 94014 | Eric Wisniewski | 312-920-3502 | ▮3243 | DDA |

# LERNER NEW YORK OUTLET – BANK ACCOUNTS

**Bank Account Contact Information**

**CORPORATE BANK ACCOUNTS**

| Bank Name | Bank Address | Contact Person | Phone Number | Account Number | Type of Account |
|---|---|---|---|---|---|
| The Bank of New York | | | | #▮▮▮▮8380 | Lerner New York Outlet Inc Accounts Payable |
| Wells Fargo/Wachovia | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina 28288-1003 | Shakeesha Gilliard | 704-444-6010 | #▮▮▮▮8598 | Lerner New York Concentration |

**STORE DEPOSITORY ACCOUNTS**

| Bank Name | Bank Address | Contact Person | Phone Number | Account Number | Type of Account |
|---|---|---|---|---|---|
| Bank of America -Outlets | Bank of America Plaza, Darlene Hackermack TX -492-07-14<br>901 Main Street<br>Dallas, TX 75202-3714 | Lisa Sharp | 888-715-1000 ext.50118 | ▮▮▮3251 | Consolidated |
| Citizens- Outlets | 2039 E. Lincoln Highway Langhorne, PA 19047 | Elizabeth Wrenn | 401-260-2395 | ▮▮▮2653 | Consolidated |
| JP Morgan Chase- Outlets | 270 Park Avenue<br>New York, NY 10017 | Sharon Sellers-Smith | 800-935-9935 | ▮▮▮7672 | Consolidated |
| Comerica - Outlet | 500 Woodward Avenue, 9th Floor<br>Detroit, MI 48226 | | 800-852-3649 | ▮▮▮6677 | Consolidated |
| PNC - Outlet | PNC Bank<br>249 Fifth Avenue<br>Pittsburgh, PA 15222 | Patricia A. Vetrano | 732-220-3014 | ▮▮▮8848 | Consolidated |
| IBC - Outlet | 2808 E 101st St<br>Tulsa, OK 741372 | Herschel Hibbard | 918-497-2810 | ▮▮▮2606 | Consolidated |
| Wells Fargo – Outlet | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina 28288-1003 | Shakeesha Gilliard | *704- 444-6010* | ▮▮▮6547 | Consolidated |
| Signature Bank – Outlet | 565 Fifth Avenue (at East 46th Street 12th Floor)<br>New York, NY 10017 | John Kourkoutis | *646-981-2441* | ▮▮▮6436 | Consolidated |
| Huntington Bank - Outlet | 41 South High Street - Columbus, OH 43215 | Veronica Ward | *248-228-1687* | ▮▮▮9062 | Consolidated |
| BB&T – Outlet | 2400 North Salisbury Blvd<br>Salisbury Md 21801 | Mary Long | *410-860-1904* | ▮▮▮5607 | Consolidated |
| TD Bank - Outlet | Deposit Operations<br>P.O. Box 1377<br>Lewiston, Maine 04243-1377 | Denise McCabe | *603-222-9653* | ▮▮▮9896 | Consolidated |
| Pinnacle - Oulet | 4445 Poplar Ave.<br>Memphis, TN 38117 | | *901- 309-4960* | ▮▮▮5928 | Consolidated |
| Santander (formerly Sovereign) | 157 Summer Street Kingston, MA 02364 | | 781-585-1001 | ▮▮▮9257 | |
| M&T Bank – Outlet | 2100 Park Street Syracuse, NY13208 | Katrina Patrick | *315-474-2880* | ▮▮▮9340 | Consolidated |

60917/0001-20273340v2

| Bank | Address | Contact | Phone | Account | Status |
|---|---|---|---|---|---|
| US Bank – Outlet | 425 Walnut St PO Box 1038, Cincinnati, OH 45202 | Julie Goeke | *513-632-4726* | ████6650 | Consolidated |
| Key Bank – Outlet | 127 Public Square, Cleveland, OH 44114 | Cindy Swank | *216-689-3516* | ████2910 | Consolidated |
| Regions- Outlet | 2050 Parkway Office Circle \| Hoover, Al 35244-1805 | Jerry Warnock | *205-766-5193* | ████0394 | Consolidated |
| Ameris Bank (previously Hamilton State Bank) | PO Box3668<br>Moultrie, GA 31776-3668 | Brittany Mosteller | 770-626-4902 | ████2274 | Outlier |
| Premier Bank | 101 10th Street E<br>Hastings, MN 55033 | Mary Vandal | 800-7792265 | ████3821 | Outlier |
| Conway National Bank | 9726 Highway 17 North<br>Myrtle Beach, SC 29572 | Suzette Jackson | 843-449-3373 | ████4901 | Outlier |
| BBVA Compass | PO BOX 10566<br>Birmingham, AL 35296 | Alexandra Alvarez | 800-266-7277 | ████0543 | Outlier |
| First Citizens Bank | Central Bank Operations – DAC02<br>PO Box 27131<br>Raleigh, NC 27611-7131 | Jeremy Poole | 704-979-3168 | ████6810 | Outlier |
| South State Bank | PO Box 118068<br>Charleston, SC 29423-9910 | Heidi Tessmer | 843-342-1911 | ████7464 | Outlier |

# FASHION TO FIGURE – BANK ACCOUNTS

**Bank Account Contact Information**

**STORE DEPOSITORY ACCOUNTS**

| Bank Name | Bank Address | Contact Person | Phone Number | Account Number | Type of Account |
|---|---|---|---|---|---|
| Bank of America – FTF | Bank of America Plaza, Darlene Hackermack TX -492-07-14<br>901 Main Street<br>Dallas, TX 75202-3714 | Lisa Sharp | 888-715-1000 ext.50118 | █████8840 | FTF |
| Wells Fargo – FTF | Wachovia Bank, A Wells Fargo Company<br>301 South Tryon Street, Mail Code: D1129-073<br>Charlotte, North Carolina 28288-1003 | Shakeesha Gilliard | 704-444-6010 | █████7167 | FTF |
| TD BANK - FTF | Deposit Operations<br>P.O. Box 1377<br>Lewiston, Maine 04243-1377 | Denise McCabe | *603-222-9653* | █████7112 | FTF |
| Fifth Third Bank - FTF | 142 W 57th Street, Suite 1600 New York, NY 10019 | Nadia Nammari<br>Brian Doring<br>Todd Robinson | *708-442-3500*<br>*704-688-1523* | █████9234 | FTF |
| Signature – FTF | 565 Fifth Avenue (at East 4<br>6th Street 12th Floor)<br>New York, NY 10017 | John Kourkoutis | 646-981-2441 | █████2749 | FTF |