# EXHIBIT B

**Schematic of Flow of Funds**

# LERNER NEW YORK and NY & CO GROUP, INC.
## Banking and Cash Management Structure
as of June 2020

