UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Joseph Lubertazzi, Jr., Esq.
Franklin Barbosa, Jr., Esq.
**McCARTER & ENGLISH, LLP**
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444
jlubertazzi@mccarter.com
fbarbosa@mccarter.com

*Counsel for Wells Fargo Bank, National Association*

| | |
|---|---|
| In re: | Chapter 11 |
| RTW RETAINWINDS, INC., *et al.,* | Case No. 20-18445 (JKS) |
| Debtors.[1] | Joint Administration Requested |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Franklin Barbosa, Jr. of McCarter & English, LLP, hereby

enters his appearance in the above-captioned case in accordance with Fed. R. Bankr. P. 9010(b)

for Wells Fargo Bank, National Association ("Wells Fargo"). Request is made that the documents

filed in this case and identified below be given and served upon the following person at the address,

telephone, facsimile number and e-mail address indicated below:

> **McCARTER & ENGLISH, LLP**
> Franklin Barbosa, Jr., Esq.
> Four Gateway Center
> 100 Mulberry Street
> Newark, New Jersey 07102
> Telephone: (973) 849-4148
> Facsimile: (973) 624-7070
> Email: fbarbosa@mccarter.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive Wells Fargo's (i) right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) right to a jury trial in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal, including proceedings over which the Bankruptcy Court lacks constitutional authority to enter final judgments; or (iv) other rights, claims, defenses, setoffs or recoupments to which Wells Fargo is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date: July 13, 2020
      Newark, NJ

**McCARTER & ENGLISH, LLP**

By: *
/s/ Franklin Barbosa, Jr.*
      Franklin Barbosa, Jr.

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 849-4148
Facsimile: (973) 624-7070
fbarbosa@mccarter.com

*Attorneys for Wells Fargo Bank, National Association*