**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| RTW RETAILWINDS, INC., *et al.,* | Case No. 20-18445 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF 341 MEETING OF CREDITORS

**PLEASE TAKE NOTICE** that, on July 22, 2020, the Court entered that certain *Notice of Chapter 11 Bankruptcy Case* [Doc. No. 101] (the "**Notice**") which, among other things, scheduled a meeting of creditors pursuant to 11 U.S.C. § 341 (the "**341 Meeting**") for **August 19, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that, the 341 Meeting shall be conducted telephonically.  The dial-in number for the 341 Meeting is 1-856-209-3555 and the conference ID is 872 105 692#.

**PLEASE TAKE FURTHER NOTICE** that in the event the meeting is adjourned to a later date, such information will appear on the Debtors' case website at https://cases.primeclerk.com/RTWRetailwinds/Home-Index and the court docket.  Please check the website or the court docket before you attend the 341 Meeting.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936).  The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

Dated: August 18, 2020

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Ryan T. Jareck*
Michael D. Sirota, Esq.
Stuart Komrower, Esq.
Ryan T. Jareck, Esq.
Matteo W. Percontino, Esq.
Court Plaza North
25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile:  (201) 489-1536
Email: msirota@coleschotz.com
        skomrower@coleschotz.com
        rjareck@coleschotz.com
        mpercontino@coleschotz.com

*Counsel to the Debtors and*
*Debtors in Possession*

60917/0001-20941043v4
60917/0001-21084248v1