UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Ryan T. Jareck, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Email: msirota@coleschotz.com
       rjareck@coleschotz.com

*Attorneys for Debtors
and Debtors in Possession*

In Re:

RTW RETAILWINDS, INC., *et al.*,

Debtors.[1]

---

**FILED**
JEANNE A. NAUGHTON, CLERK
**SEPT. 14, 2020**
U.S. BANKRUPTCY COURT
NEWARK, N.J.

BY: *Zelda Haywood*
DEPUTY

---

Case No.: 20-18445 (JKS)

Chapter: 11

Judge: Hon. John K. Sherwood

(Jointly Administered)

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF AN ORDER AUTHORIZING (I) REJECTION OF LEASE AGREEMENT, EFFECTIVE AS OF THE REJECTION DATE, (II) ABANDONMENT OF ANY PERSONAL PROPERTY, EFFECTIVE AS OF THE REJECTION DATE, AND (III) GRANTING RELATED RELIEF**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19))

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

_____
HONORABLE JOHN K. SHERWOOD
UNITED STATES BANKRUPTCY JUDGE

Dated: September 14, 2020

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

60917/0001-21265784v1

After review of the application of RTW Retailwinds, Inc. and its subsidiaries, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**" or "**Applicants**") for a reduction of time for a hearing on the *Debtors' Motion for Entry of an Order Authorizing (I) Rejection of Lease Agreement Effective as of the Rejection Date, (II) Abandonment of any Personal Property, Effective as of the Rejection Date, and (III) Granting Related Relief* (the "**Motion**"), under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the Motion on September 30, 2020, at 10:00 a.m. (prevailing Eastern Time) before the Honorable John K. Sherwood in the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, NJ 07102, Courtroom No. 3D.

2. The Applicants must serve a copy of this Order, and all related documents, on the following parties: Vornado Realty Trust (the counterparty to the Lease Agreement) and Sullivan & Cromwell LLP (c/o Brian D. Glueckstein, Esq.), their counsel by ☐ each, ☐ any of the following methods selected by the Court

☐ fax, ■ overnight mail, ☐ regular mail, ☐ email or ECF Notice, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: the Office of the United States Trustee, counsel for the Official Committee of Unsecured Creditors, and all parties who filed a notice of appearance or requested notice in the Debtors' cases by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ■ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:
　　☐ on the same day as the date of this order, or
　　■ within 1 day(s) of the date of this Order.

5. Notice by telephone:
　　☐ is not required
　　■ must be provided to <u>all parties listed in Paragraph 2 above</u>

*Rev.3/23/20*
60917/0001-21265784v1

◼ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

◼ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____**2**____ day(s) prior to the scheduled hearing; or

☐ may be presented orally at the hearing.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

◼ Parties are directed to make arranges to appear telephonically via Court Solutions. (https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other: