Natalie D. Ramsey, Esq.
Jamie L. Edmonson, Esq.
ROBINSON & COLE LLP
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 516-1700
Facsimile: (302) 516-1699
nramsey@rc.com
jedmonson@rc.com

Laurie A. Krepto, Esq.
ROBINSON & COLE. LLP
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
Telephone: (267) 319-7900
lkrepto@rc.com

*Counsel to Saadia Group LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| RTW RETAILWINDS, INC., *et al*.,[1] | ) ) | Case No. 20-18445 (JKS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING**

PLEASE WITHDRAW the appearance of Natalie D. Ramsey, Esquire, Jamie L. Edmonson, Esquire and Laurie A. Krepto, Esquire, as counsel for Saadia Group LLC ("Saadia") in the above matter, including electronic noticing.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

Dated:  October 20, 2020                **ROBINSON & COLE LLP**

*/s/ Laurie A. Krepto*
Laurie A. Krepto, Esq.
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania  19103
Telephone:  (267) 319-7900
lkrepto@rc.com

-    and    -

Natalie D. Ramsey, Esq.
Jamie L. Edmonson, Esq.
1201 N. Market Street, Suite 1406
Wilmington, Delaware  19801
Telephone:  (302) 516-1700
Facsimile:  (302) 516-1699
nramsey@rc.com
jedmonson@rc.com

*Counsel to Saadia Group LLC*