Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, NY  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777
bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| RTW RETAILWINDS, INC., *et al.*,[1] | Case No. 20-18445 (JKS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SELECTION OF LIQUIDATION TRUSTEE**

**PLEASE TAKE NOTICE** that META Advisors LLC has been selected by the Official Committee of Unsecured Creditors of the above-captioned debtors and debtors in possession to serve as the Liquidation Trustee under Article IV.C of the *Joint Plan of Liquidation of RTW*

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

*Retailwinds, Inc. and Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (the "<u>Plan</u>") [Dkt No. 390].[2]

| | |
|---|---|
| Dated: November 25, 2020 | */s/ Bradford J. Sandler* |
| | Bradford J. Sandler, Esq. |
| | Paul J. Labov, Esq. |
| | Colin R. Robinson, Esq. |
| | PACHULSKI STANG ZIEHL & JONES LLP |
| | 780 Third Avenue, 34th Floor |
| | New York, NY  10017 |
| | Telephone:  (212) 561-7700 |
| | Facsimile:  (212) 561-7777 |
| | |
| | *Counsel to the Official Committee of Unsecured Creditors* |

---

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Plan.