IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In re:

RTW RETAILWINDS, INC., et al.,
                Debtors.

Chapter 11

Case No. 20-18445 (JKS)

(Jointly Administered)

## NOTICE OF ADDRESS CHANGE

PLEASE TAKE NOTICE that **CAROL DAUPLAISE LTD**, holder of the following general unsecured claims (the "Claims") against the above captioned debtors ("Debtors"), directs the Debtors and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering the Claims and hereby request that services of any pleadings, notices, correspondence and distributions relating to such Claims be sent to the New Address set forth below, effective as of the date hereof.

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Schedule F# 4528161 | CAROL DAUPLAISE LTD | $24,049.60 | Lerner New York, Inc. | 20-18448 |
|  |  |  |  |  |

**Former Addresses:**

Carol Dauplaise Ltd.
5901 West Side Ave.
North Bergen, NJ 07047
Attn: Yang Yang
Tel: 212-997-5290
Email: yang@dauplaisejewelry.com

**New Address:**

| Address for all *Communications/Notices*: | Address for all *Payments/Distributions*: |
|---|---|
| CAROL DAUPLAISE LTD<br>c/o Contrarian Funds, LLC<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br>Attn: Trade Claims Group<br>Phone: 203-862-8200<br>Email: tradeclaimsgroup@contrariancapital.com | CAROL DAUPLAISE LTD<br>c/o Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 |

CAROL DAUPLAISE LTD

By: _[signature]_
Name: YANG YANG
Title: BOOKKEEPER
Date: 1/12/2021