UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Bradford J. Sandler, Esq.
Paul J. Labov, Esq.
Colin R. Robinson, Esq.
**PACHULSKI STANG ZIEHL & JONES LLP**
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
plabov@pszjlaw.com
crobinson@pszjlaw.com

James S. Carr, Esq.
Dana P. Kane, Esq.
Cassandra Postighone, Esq.
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Tel: 973-503-5900
Email:  jcarr@kelleydrye.com
dkane@kelleydrye.com
cpostighone@kelleydrye.com

*Co-Counsel to the Official*
*Committee of Unsecured Creditors*

In re:

RTW RETAILWINDS, INC., et al.,[1]

Debtors.

Case No.: 20-18445 (JKS)
Chapter: 11
Judge:   Hon. John K. Sherwood
Jointly Administered

**CERTIFICATE OF NO OBJECTION TO MONTHLY FEE
STATEMENT OF PACHULSKI STANG ZIEHL & JONES LLP (Docket No. 705)**

Dana P. Kane, of full age, hereby certifies as follows:

---

[1] The Debtors in these cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936). The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

4811-8986-5429v.1

1. I am special counsel at Kelley Drye & Warren LLP, which serves as co-counsel for the Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 cases.

2. I submit this Certification pursuant to the August 8, 2020 *Administrative Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses to Professionals Retained by Order of this Court* [Docket No. 184] (the "Administrative Order").

3. The Administrative Order provides that each professional retained in this case pursuant to 11 U.S.C. § 327, and to the extent applicable, §§ 328(a) and 1103, may file monthly fee statements on or before the twenty-fifth (25th) day of each calendar month for interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred during the immediately preceding month (each a "Monthly Fee Statement").

4. Pursuant to the Administrative Order, an objection to a Monthly Fee Statement must be filed and served on the Professional applying for fees, as well as on certain other parties designated therein, not later than fourteen (14) days after service of said Monthly Fee Statement (the "Objection Deadline"). Upon the expiration of the Objection Deadline, a Professional applying for fees may file a certification of no objection or a certification of partial objection with the Court, whichever is applicable, after which the Debtors are authorized to pay each Professional an amount equal to the lesser of: (i) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement; or (ii) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses not subject to an objection.

5. On December 16, 2020, Pachulski Stang Ziehl & Jones LLP ("PSZJ"), co-counsel to the Committee, filed its Monthly Fee Statement for the period covering November 1, 2020 through November 30, 2020, [Docket No. 705] (the "November Monthly Fee Statement"). The November Monthly Fee Statement seeks payment of fees in the amount of $78,779.50 and reimbursement of expenses in the amount of $225.01. Pursuant to the Administrative Order, objections to the November Monthly Fee Statement were due by December 30, 2020.

6. To the best of my knowledge, information and belief, including upon consultation with PSZJ, no objections have been filed or received informally as to the November Monthly Fee Statement.

7. Accordingly, the Debtors should be instructed to pay PSZJ eighty percent (80%) of the fees set forth in the November Monthly Fee Statement (*i.e.*, $63,023.60) and 100 percent (100%) of the expenses set forth in the November Monthly Fee Statement (*i.e.*, $225.01).

DATED: January 15, 2021                    */s/ Dana P. Kane*
                                            Dana P. Kane

4811-8986-5429v.1