**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Stuart Komrower, Esq.
Ryan T. Jareck, Esq.
Matteo Percontino, Esq.
Court Plaza North
25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
Email: msirota@coleschotz.com
  skomrower@coleschotz.com
  rjareck@coleschotz.com
  mpercontino@coleschotz.com

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>RTW RETAILSWINDS, INC., *et al.,*<br><br>    Debtors.[1] | Chapter 11<br><br>Case No. 20-18445 (JKS)<br><br>Jointly Administered |

## <u>NOTICE OF HEARING ON FINAL FEE APPLICATIONS</u>

**PLEASE TAKE NOTICE** that on February 18, 2021, at 10:00 a.m. or as soon

thereafter as counsel may be heard, a telephonic hearing (the "**Hearing**") will be held before

the Honorable John K. Sherwood, U.S.B.J., at the United States Bankruptcy Court, Martin

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: RTW Retailwinds, Inc. (1445); Lerner New York Holding, Inc. (2460); Lernco, Inc. (4787); Lerner New York, Inc. (2137); New York & Company, Inc. (4569); Lerner New York GC, LLC (6095); Lerner New York Outlet, LLC (6617); New York & Company Stores, Inc. (6483); FTF GC, LLC (7341); Lerner New York FTF, LLC (6279); Fashion to Figure, LLC (6997); FTF IP Company, Inc. (6936).  The Debtors' principal place of business is 330 W. 34th St., 9th Floor, New York, New York 10001.

Luther King, Jr. Federal Building, 50 Walnut Street, Third Floor, Newark, New Jersey 07102, on

certain final fee applications (as set forth in more detail below, the "**Final Fee Applications**").

Attendance by creditors is welcome, **but not required**.

PLEASE TAKE FURTHER NOTICE that the Final Fee Applications to be heard at the

Hearing, and the amounts requested therein, are:

| APPLICANT<br>[APPLICATION] | FEES | EXPENSES |
|---|---|---|
| Cole Schotz P.C.<br>Attorneys for the Debtors<br>[Docket No. 771] | $1,168,751.50 | $40,356.98 |
| Pachulski Stang Ziehl & Jones LLP<br>Attorneys for the Creditors' Committee<br>[Docket No. 783] | $533,827.00 | $2,589.52 |
| FTI Consulting, Inc.<br>Financial Advisor to the Creditors'<br>Committee<br>[Docket No. 784] | $899,916.50 | $283.01 |
| Kelley Drye & Warren LLP<br>Attorneys for the Creditors' Committee<br>[Docket No. 782] | $212,168.00 | $3,242.41 |
| Law Offices of Kenneth L. Baum LLC,<br>Conflicts Counsel to the Debtors<br>[Docket No. 792] | $10,691.25 | $50.00 |
| Prime Clerk<br>Administrative Advisor to the Debtors<br>[Docket No. 772] | $40,964.46 | $0.00 |
| Ressler & Ressler<br>Special Litigation Counsel to the Debtors<br>[Docket No. 773] | $0.00 | $11,575.83 |

PLEASE TAKE FURTHER NOTICE that copies of the Final Fee Applications may be

obtained at no charge at https://cases.primeclerk.com/modells/Home-Index or via PACER at the

http://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[remainder of page left intentionally blank]

PLEASE TAKE FURTHER NOTICE that parties that wish to object to any of the Final

Fee Applications must file an objection not later than seven days prior to the Hearing date.

Objections must be filed with the Court and served on the relevant applicant and all other

interested parties.

DATED:  January 21, 2021

Respectfully submitted,

**COLE SCHOTZ P.C.**
*Attorneys for Debtors*
*and Debtors in Possession*

By:___/s/ Michael D. Sirota_____
        Michael D. Sirota
        Stuart Komrower
        Ryan T. Jareck
        Matteo Percontino
        Court Plaza North
        25 Main Street
        Hackensack, NJ 07601
        Telephone:  (201) 489-3000
        Facsimile:  (201) 489-1536
        Email:  msirota@coleschotz.com
              skomrower@coleschotz.com
              rjareck@coleschotz.com
              mpercontino@coleschotz.com