# **EXHIBIT A**

**(Proposed Order)**

4931-2680-2787.5 73215.003

| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Bradford J. Sandler, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>1700 Broadway, 36th Floor<br>New York, NY 10019<br>Telephone:  (212) 561-7700<br>Facsimile:  (212) 561-7777<br>Email:     bsandler@pszjlaw.com<br><br>James S. Carr, Esq.<br>Dana P. Kane, Esq.<br>KELLEY DRYE & WARREN LLP<br>7 Giralda Farms, Suite 340<br>Madison, NJ 07940<br>Telephone: (973) 503-5900<br>Facsimile: (973) 503-5950<br>Email:    jcarr@kelleydrye.com<br>              dkane@kelleydrye.com<br><br>*Counsel to the Liquidation Trustee* |

| | |
|---|---|
| In re: | Chapter 11 |
| RTW RETAILWINDS, INC.,[1] | Case No. 20-18445 (JKS) |
| Debtor. | |

**ORDER EXTENDING THE TERM OF THE RTW LIQUIDATION TRUST**

The relief set forth on the following page number two is **ORDERED**.

---

[1] The remaining Debtor in this chapter 11 case and the last four digits of the Debtor's federal tax identification number is RTW Retailwinds, Inc. (1445). By order and final decree entered February 22, 2021, the chapter 11 cases of the Debtor's affiliates were closed. [Docket No. 844]

4931-2680-2787.5 73215.003

| | |
|---|---|
| Debtor: | RTW RETAILWINDS, INC. |
| Case No. | 20-18445 (JKS) |
| Caption of Order: | ORDER EXTENDING THE TERM OF THE RTW LIQUIDATION TRUST |

Upon the motion (the "Motion")[2] of META Advisors LLC as liquidation trustee of the RTW Liquidation Trust (the "Trust") for an order extending the term of the Trust, as more fully described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 157; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b), and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and no other or further notice needing to be provided; and the Court having reviewed the Motion; and good cause having been shown for the requested extension of the Trust; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.  The Motion is hereby GRANTED.

2.  The Trust is extended through and including July 1, 2026.

3.  This Order is without prejudice to the Trustee's right to request further extensions for cause upon notice and hearing.

4.  The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order.

---

[2] Unless otherwise defined herein, each capitalized term shall have the meaning ascribed to it in the Motion.